

# Practical Film Workshop

# 2014-2015
# FALL/SPRING
# SEMESTER

# CURRICULUM

DESCRIPTION OF COURSES
FILM WORKSHOP Fall/Winter 2014-2015

## WORKSHOP OBJECTIVES:

- To introduce participants to basics of film making (including camera basics, editing basics, acting basics, script writing basics, prop/costume design basics, producing basics, directing basics and film theory)
- To create one short documentary film 5-7 minutes in length
- To improve social skills through acting exercises
- To improve job preparedness through Job club element- interview skills, appropriate work behaviors
- To assess participants over a range of categories to determine vocational readiness
- Each student directs and creates one classroom project of "their story"

## CORE CLASSES

# PRODUCTION 101

J. Reid & Other Instructors

In this course, students will do the bulk of the development for the semester's thesis film. Focus will be on brainstorming ideas and writing the script, identifying production needs and coordinating logistics for production. Students will chose specific roles and learn the responsibilities of each. Roles include, producer, script supervisor, location scout, props master, production assistant, assistant director, and more. Also discussed will be marketing and business aspects of film. This course will mirror the needs of production. Earlier weeks will focus more on development, and later weeks will focus more on filling production needs and remaining on schedule. Additional elements discussed will be terminology important to film, budgeting, breaking down a script and much more.

**Production Meetings:** Students will meet in a production meeting where they will assess progress and make a plan for the following week. Discussions will involve instructors from each department and revolve around budgets, schedules, hurdles and needs for the thesis production.

Materials: Students will keep a production binder with relevant forms and handouts.

## ACTING 101

K. Bruens Goldman

In this class students will build social skills and cooperation through acting and improvisation. Activities move from low focus to high focus as students increase confidence and skill. Topics include, monologues, auditioning, voice and movement, group work and the business. Focus is also placed on acting for the camera, terms and techniques that translate from the stage to film.

## EDITING 101

A. Bender

Students use professional industry software, Adobe Premiere Pro, to learn the basics of digital editing. Topics covered include capturing and labeling of footage, ordering the story into the timeline, adding text and basic special effects.

## CAMERA 101

A. Mannino

Students will learn the basics of using a digital video camera and how to set up shots. They will learn the concepts of camera angles, types of shots, how to capture mood and feeling through the camera. Students will also learn principles of lighting for the camera as well as how to handle equipment. They will learn what it takes to be a gaffer, grip, electrician and camera operator.

## ART 101

K. Bruens Goldman

This class looks at all the design elements and skills that go into filmmaking. Students will learn color theory, explore texture and how design plays into the mood of a film. They will also learn technical skills involved with prop making, costume construction and set design. They will be introduced to the fundamentals of sewing, shopping for costumes and special effects make-up.

## FILM THEORY 101

J. Reid and G. Sibley

This particular course will introduce film history and theory for modern films made after 1990. The themes of each week will cover many film styles; including character and plot driven films, non-linear, biopic and documentaries, and how the camera, lighting and design can affect and create mood or feeling. There will be a discussion of each film, its background, why its relevant, and students will have specific questions to consider or aspects to look for and then there will be a screening of the film followed by a Q&A. The goal is to become a more critical audience and move beyond liking or not liking a film and asking why. *Films are screened for content, and extreme nudity or violence will not be shown; however, some films will include serious themes and content; the relevance of which will be discussed with students.*

## ADDITIONAL COURSES AND EVENTS

## ELECTIVE OPEN LAB

Various

Students will have open lab available in one of the following courses; Art, Editing or Camera. This class will be an opportunity to get more specialized attention in a particular area of interest or to continue work on a specific project. Students will have flexibility in their choice for this class by week, but must spend the full hour in their chosen class on each given day. If a student has an interest outside of the courses offered, they will have the opportunity to research or learn more about that area of interest depending on availability of staff and resources. (For example, if a student wanted to do independent work on graphic design for marketing, or animation, it would depend on computer availability and programs).

## WARM-UP/RELAXATION

J. Reid

This is a time in the morning for students to come together for a group warm-up. This may be a physical activity, such as, yoga, stretching, relaxation, movement or dance; or it may be a brain or voice warm-up such as, visualization, tongue twisters, group brain teasers; or a combination of the two. The aim of this time is to focus and prepare for the demands of the day as well as to establish a good report, good habits and positive environment.

## JOB CLUB

Various

Every Friday, we will focus on different job skills valuable to any employment. These will include interview skills, presentation, hygiene, resumes, attendance, appropriate work behaviors, how to look for work, advocacy, etc. This time will also be for special guest visitors. Guests will include industry professionals in a variety of areas, who will conduct workshops, Q&A's and introduce other elements of filmmaking. Past guests have included stunt coordinators, graphic designers, line producers, actors, improv groups, music composers, and more.

## PROJECTS
*Focus of the projects will change each semester

## THESIS PROJECT            Various Instructors

Each semester of the workshop will have one main thesis project that will serve as the overall production. In the first semester of 2013 the project will be a documentary about the film school to be used as a recruiting video for future students. This will be a 5-10 minute video and students will gather the footage, develop the concepts, theme and look of the piece and cut it all together by the end of the ten weeks. We will look at other documentaries, discuss the styles, and determine what information is important to convey for our piece. This project will be developed mainly in the production class.

## ONE MINUTE STORY PROJECT

J. Reid

This will be a creative piece created as practice projects for each student. The theme will be "If you could only tell one story, what would it be". Through acting, devising and writing exercises, students will pare down a story to only 1 minute. Then they will dramatize this story in a cinematic way. This will allow them to incorporate all of the elements they are learning in other classes into a 1 minute piece. They can use visual art, dance, music, acting, non-linear approach; anything they want to create their piece. Each week, one student will be the director of their own piece and the other students will be their cast and crew. This project will also aid in building social skills, collaboration and leadership, as the students have to take turns being the one in "charge". After students shoot each piece, they will work 1:1 with the editor to put it together.

# EDITING 101 WORKSHOP SYLLABUS

## COURSE DESCRIPTION
This course is designed for students to learn the post-production process. They will gain a better understanding of the concept and visualization of story.

## COURSE OBJECTIVES
Upon successful completion of the course students will be able to plan, create, produce and edit independent projects.

In addition students will be able to learn
- Non-linear editing via the Adobe Premiere interface
- Macintosh computer Operating Systems
- The history of analog and digital media
- Computer file management
- Exporting movies to DVD or web-based applications

## METHOD OF INSTRUCTION
The primary design of this course will be lecture, group discussion and individual participation. Assignments will require students to execute the basic fundamentals being taught in the classroom. Building a good foundation is critical to success and a clear understanding of basic standards is essential before advancing to the next level. Initially students will work in groups to complete their tasks. Working as a team, students are expected to share what they know with one another in order to reach a common goal of successfully completing each assignment.

Every student's work will be evaluated and critiqued during class. Students will be asked to participate in the process of critiquing each other's work. One should never take constructive criticism personally. Learning is a life-long process.

Hands-on training is where each student develops the physical and mental skills necessary to perform each task successfully. This may require some students to put in more time and effort in order to be successful. Students should reach out to those in the class who may have more knowledge, skill and a willingness to help those with less natural skill or experience.

## COURSE PROJECTS

- **Scene Recreation** - Students work in groups to recreate a scene and edit a scene from their favorite movie.
- **Monologue** - Students work in groups to edit a dramatic monologue previously recorded.
- **Cooking Show** – Students work in different capacities to edit an educational cooking show.
- **Autobiography** - Individuals work to write, direct and edit a video about themselves and their dealing with Autism Spectrum Disorder.
- **Thesis Film** - Students work under the Department Heads of the Staff on a professional film shoot, written, produced and edited by the class as a whole.

# ACTING/ART WORKSHOP SYLLABUS

## COURSE DESCRIPTION
This course is designed for students to gain a better understanding of real-life and employable skills via acting exercises with a focus on collaborative and emotional recognition.

## COURSE OBJECTIVES
- Utilization of non-verbal communication.
- Recognition of bodily senses in order to express emotion.
- Enhance group interaction and increase active listening skills.
- The ability to take directives and show initiative.

## METHOD OF INSTRUCTION
The primary design of this course will be lecture, group discussion and individual participation. Assignments will require students to execute the basic fundamentals being taught in the classroom.  Building a good foundation is critical to success and a clear understanding of basic standards is essential before advancing to the next level. Initially students will work in groups to complete their tasks.  Working as a team, students are expected to share what they know with one another in order to reach a common goal of successfully completing each assignment.

Every student's work will be evaluated and critiqued during class. Students will be asked to participate in the process of critiquing each other's work. One should never take constructive criticism personally. Learning is a life-long process.

Hands-on training is where each student develops the physical and mental skills necessary to perform each task successfully. This may require some students to put in more time and effort in order to be successful. Students should reach out to those in the class who may have more knowledge, skill and a willingness to help those with less natural skill or experience.

## COURSE PROJECTS

- **Scene Recreation** - Students work in groups to recreate a scene from their favorite movie.
- **Monologue** - Students work in groups to light and record a dramatic monologue.
- **Cooking Show** - Students work in different capacities to create an educational cooking show.
- **Autobiography** - Individuals work to write, direct and edit a video about themselves and their dealing with Autism Spectrum Disorder.
- **Thesis Film** - Students work under the Department Heads of the Staff on a professional film shoot, written and produced by the class as a whole.

# CAMERA AND LIGHTING WORKSHOP SYLLABUS

## COURSE DESCRIPTION
This course will serve as an introduction to basic video/film/audio production. The goal is for the students to develop the ability to capture great video images and audio. Ultimately, students will be able tobe able to edit those two elements together to tell a story.

## COURSE OBJECTIVES
During the course each student will be taught
- Learn to operate a video camera.
- Capture well composed video images.
- Capture great sound.
- Understand and execute basic lighting concepts.

## METHOD OF INSTRUCTION
The primary design of this course will be lecture, group discussion and individual participation. Assignments will require students to execute the basic fundamentals being taught in the classroom. Building a good foundation is critical to success and a clear understanding of basic standards is essential before advancing to the next level. Initially students will work in groups to complete their tasks. Working as a team, students are expected to share what they know with one another in order to reach a common goal of successfully completing each assignment.

Every student's work will be evaluated and critiqued during class. Students will be asked to participate in the process of critiquing each other's work. One should never take constructive criticism personally. Learning is a life-long process.

Hands-on training is where each student develops the physical and mental skills necessary to perform each task successfully. This may require some students to put in more time and effort in order to be successful. Students should reach out to those in the class who may have more knowledge, skill and a willingness to help those with less natural skill or experience.

## COURSE PROJECTS

- **Scene Recreation** - Students work in groups to recreate a scene from their favorite movie.
- **Monologue** - Students work in groups to light and record a dramatic monologue.
- **Cooking Show** - Students work in different capacities to create an educational cooking show.
- **Autobiography** - Individuals work to write, direct and edit a video about themselves and their dealing with Autism Spectrum Disorder.
- **Thesis Film** - Students work under the Department Heads of the Staff on a professional film shoot, written and produced by the class as a whole.

| WEEK ONE | October 20 - October 24 | | | | |
|---|---|---|---|---|---|
| | Monday | Tuesday | Wednesday | Thursday | Friday |
| 10:00AM - 10:20AM | Arrivals & Greetings (10a-11a) | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Rules & Regulations - Intros | 3 parts of prod. | Script Writing | Headshots | Film Theory |
| 12:00PM - 12:40PM | Lunch | Lunch | Lunch | Lunch | Film Theory |
| 1:00PM - 1:35PM | Film Roles with posters | Cam, Act, Edit 101 | Storyboarding | Headshots | Film Theory |
| 1:35PM - 2:10PM | Break | Break | Break | Break | Film Theory |
| 2:10PM - 2:45PM | Acting Improv Skills | Cam, Act, Edit 101 | Cam, Act, Edit 101 | Headshots | Film Theory |
| 2:45PM - 3:00PM | Clean up | Clean up | Clean up | Clean up | Clean up |

| WEEK TWO | October 27 - October 31 | | | | |
|---|---|---|---|---|---|
| | Monday | Tuesday | Wednesday | Thursday | Friday |
| 10:00AM - 11:00AM | Warm up/ | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Break out sessions | Break out session | Break out | Break out | Film Theory |
| 12:00PM - 12:40PM | Lunch | Lunch | Lunch | Lunch | Film Theory |
| 12:45PM - 1:45PM | Break out Session | Elements of story | Elements of story | Elements of story | Film Theory |
| 1:45PM - 2:00PM | Break | Break | Break | Break | Film Theory |
| 2:00PM - 2:45PM | Break out Session | Acting/Improv | Acting/Improv | Acting/Improv | Film Theory |
| 2:45PM - 3:00PM | Clean up | Clean up | Clean up | Clean up | Clean up |

| WEEK THREE | November 3 - November 7 | | | | |
|---|---|---|---|---|---|
| | Monday | Tuesday | Wednesday | Thursday | Friday |
| 10:00AM - 10:20AM | Warm up | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Break out sessions | Break out sessions | Break out sess | Break out sess | Film Theory |
| 12:00PM - 12:40PM | Lunch | Lunch | Lunch | Lunch | Film Theory |
| 1:00PM - 1:45PM | Art in Film | Art in Film | Art in Film | Art in Film | Film Theory |
| 1:45PM - 2:00PM | Break | Break | Break | Break | Film Theory |
| 2:00PM - 2:45PM | Scene Study | Scene Study | Scene Study | Scene Study | Film Theory |
| 2:45PM - 3:00PM | Clean up | Clean up | Clean up | Clean up | Clean up |

The break out sessions are designated for students to develop a keen sense of knowledge of the three disciplines: cinematography, production design/art department and editing. Each key department head will instruct 3 students at a time. Students will rotate approximately every 45 minutes in order to experience information from the key department heads and their specialties.

## WEEK FOUR — November 10 - November 14

| | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| 10:00AM - 10:20AM | Warm up | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Prep for shoot | Prep for shoot | Prep for shoot | Prep for shoot | Film Theory |
| 12:00PM - 12:40PM | Lunch | Lunch | Lunch | Lunch | Film Theory |
| 1:00PM - 1:45PM | On set protocol | On set protocol | On set protocol | On set protocol | Film Theory |
| 1:45PM - 2:00PM | Break | Break | Break | Break | Film Theory |
| 2:00PM - 2:45PM | Production Management | Production Manag | Production Mang | Production Man | Film Theory |
| 2:45PM - 3:00PM | Clean up | Clean up | Clean up | Clean up | Clean up |

## WEEK FIVE — November 17 - November 21

| | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| 10:00AM - 10:20AM | Warm up | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Prep for shoot | Prep for shoot | Prep for shoot | Prep for shoot | Film Theory |
| 12:00PM - 12:40PM | Lunch | Lunch | Lunch | Lunch | Film Theory |
| 1:00PM - 1:45PM | On set protocol | On set protocol | On set protocol | On set protocol | Film Theory |
| 1:45PM - 2:00PM | Break | Break | Break | Break | Film Theory |
| 2:00PM - 2:45PM | Production Management | Production Manage | Production Man | Production Mang | Film Theory |
| 2:45PM - 3:00PM | Clean up | Clean up | Clean up | Clean up | Clean up |

## WEEK SIX — November 24 - November 26

| | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| 10:00AM - 10:20AM | Warm up | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Film Roles on set | Film Roles on set | Thanksgiving break | Thanksgiving | Thanksgiving |
| 12:00PM - 12:40PM | Lunch | Lunch | Thanksgiving break | Thanksgiving | Thanksgiving |
| 1:00PM - 1:45PM | Cooking Show preproduction | Guest Speaker | Thanksgiving break | Thanksgiving | Thanksgiving |
| 1:45PM - 2:00PM | Cooking Show preproduction | Guest Speaker | Thanksgiving break | Thanksgiving | Thanksgiving |
| 2:00PM - 2:45PM | Cooking Show preproduction | Guest Speaker | Thanksgiving break | Thanksgiving | Thanksgiving |
| 2:45PM - 3:00PM | Clean up | Clean up | Clean up | Clean up | Clean up |

### WEEK SEVEN

December 1 - December 5

| | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| 10:00AM - 10:20AM | Warm up | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Cooking Show preproduction | Cooking Show prep | Cooking show prep | Cooking show prep | Cooking show prep |
| 12:00PM - 12:40PM | Lunch | Lunch | Lunch | Lunch | Lunch |
| 1:00PM - 1:45PM | Cooking Show preproduction | Cooking Show prep | Cooking Show 3-8p | Cooking Show 3-8 | Cooking Show 3-8 |
| 1:45PM - 2:00PM | Cooking Show preproduction | Cooking Show prep | Cooking Show 3-8p | Cooking Show 3-8 | Cooking Show 3-8 |
| 2:00PM - 2:45PM | Cooking Show preproduction | Cooking show prep | Cooking Show 3-8p | Cooking Show 3-8 | Cooking Show 3-8 |
| 2:45PM - 3:00PM | Clean up | Clean up | Cooking Show 3-8p | Cooking Show 3-8 | Cooking Show 3-8 |

This week the students embarked on their first production as a group; a Cooking Show entitled, "The Big Spoon Theory." Shooting ran from Wednesday - Friday from 3pm - 8pm. The production took the place of normal hours of classroom instruction.

### WEEK EIGHT

December 8 - December 12

| | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| 10:00AM - 10:20AM | Warm up | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Prep for Autobiography | Autobiography prep | Autobiography prep | Autobiography prep | Film Theory |
| 12:00PM - 12:40PM | Lunch | Lunch | Lunch | Lunch | Lunch |
| 1:00PM - 1:45PM | Autobiography preproduction | Autobiography prep | Autobiography prep | Autobiography pre | Film Theory |
| 1:45PM - 2:00PM | Autobiography preproducion | Autobiography prep | Autobiography prep | Autobiography pre | Film Theory |
| 2:00PM - 2:45PM | Autobiography preproducion | Autobiography prep | Autobiography prep | Autobiography pre | Film Theory |
| 2:45PM - 3:00PM | Clean up | Clean up | Clean up | Clean up | Clean up |

This week the students worked on their second production. There autobiographies are individualized accounts of the students dealing with Autism Spectrum Disorder.

### WEEK NINE

December 15 - December 19

| | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| 10:00AM - 10:20AM | Warm up | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Autobiography production | Autobiography | Autobiography | Autobiography | Film Theory |
| 12:00PM - 12:40PM | Lunch | Lunch | Lunch | Lunch | Lunch |
| 1:00PM - 1:45PM | Autobiography production | Autobiography | Autobiography | Autobiography | Film Theory |
| 2:00PM - 2:45PM | Autobiography production | Autobiography | Autobiography | Autobiography | Film Theory |
| 2:45PM - 3:00PM | Clean up | Clean up | Clean up | Clean up | Clean up |

| WEEK TEN | January 5 - January 9 | | | | |
|---|---|---|---|---|---|
| | Monday | Tuesday | Wednesday | Thursday | Friday |
| 10:00AM - 10:20AM | Warm up | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Pitching Movie Ideas | Pitching Movie Ideas | Pitching Movies | Pitching Movies | Film Theory |
| 12:00PM - 12:40PM | Lunch | Lunch | Lunch | Lunch | Lunch |
| 1:00PM - 1:45PM | Autobiography production | Autobiography production | Autobiography production | Autobiography production | Film Theory |
| 2:00PM - 2:45PM | Autobiography production | Autobiography production | Autobiography production | Autobiography production | Film Theory |
| 2:45PM - 3:00PM | Clean up | Clean up | Clean up | Clean up | Clean up |

| WEEK ELEVEN | January 12 - January 17 | | | | |
|---|---|---|---|---|---|
| | Monday | Tuesday | Wednesday | Thursday | Friday |
| 10:00AM - 10:20AM | Warm up | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Pitching Movies | Movie Marketing | Movie Marketing | Movie Marketing | Film Theory |
| 12:00PM - 12:40PM | Lunch | Lunch | Lunch | Lunch | Lunch |
| 1:00PM - 1:45PM | Autobiography postproduction | Autobiography postproduction | Autobiography postproduction | Autobiography postproduction | Guest Speaker |
| 2:00PM - 2:45PM | Autobiography postproduction | Autobiography postproduction | Autobiography postproduction | Autobiography postproduction | Guest Speaker |
| 2:45PM - 3:00PM | Clean up | Clean up | Clean up | Clean up | Clean up |

| WEEK TWELVE | January 19 - January 23 | | | | |
|---|---|---|---|---|---|
| | Monday | Tuesday | Wednesday | Thursday | Friday |
| 10:00AM - 10:20AM | MLK Day - No class | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | MLK Day - No class | Thesis Preproduction | Thesis Preproduction | Thesis Preproduction | Film Theory |
| 12:00PM - 12:40PM | MLK Day - No class | Lunch | Lunch | Lunch | Lunch |
| 1:00PM - 1:45PM | MLK Day - No class | Autobiography post | Autobiography post | Autobiography post | Film Theory |
| 2:00PM - 2:45PM | MLK Day - No class | Autobiography post | Autobiography post | Autobiography post | Film Theory |
| 2:45PM - 3:00PM | MLK Day - No class | Clean up | Clean up | Clean up | Film Theory |

| WEEK THIRTEEN | January 26 - January 30 | | | | |
|---|---|---|---|---|---|
| | Monday | Tuesday | Wednesday | Thursday | Friday |
| 10:00AM - 10:20AM | Warm up | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Thesis Preproduction | Thesis Preproduction | Thesis Preproduction | Thesis Preproduction | Film Theory |
| 12:00PM - 12:40PM | Lunch | Lunch | Lunch | Lunch | Lunch |
| 1:00PM - 1:45PM | Thesis Preproduction | Thesis Preproduction | Thesis Preproduction | Thesis Preproduction | Film Theory |
| 2:00PM - 2:45PM | Thesis Preproduction | Thesis Preproduction | Thesis Preproduction | Thesis Preproduction | Film Theory |
| 2:45PM - 3:00PM | Clean up | Clean up | Clean up | Clean up | Film Theory |

This week students are slated to begin shooting their thesis movie, "World Wide Wishes." Activities related to it will last until the semester ends.

### WEEK FOURTEEN — February 2 - February 6

| Time | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| 10:00AM - 10:20AM | Warm up | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Thesis Production | Thesis Production | Thesis Production | Thesis Production | Thesis Production |
| 12:00PM - 12:40PM | Thesis Production | Thesis Production | Thesis Production | Thesis Production | Thesis Production |
| 1:00PM - 1:45PM | Thesis Production | Thesis Production | Thesis Production | Break Out Session Thesis Production | Thesis Production |
| 2:00PM - 2:45PM | Thesis Production | Thesis Production | Thesis Production | Break Out Session Thesis Production | Thesis Production |
| 2:45PM - 3:00PM | Thesis Production | Thesis Production | Thesis Production | Thesis Production | Thesis Production |

### WEEK FIFTEEN — February 9 - February 12

| Time | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| 10:00AM - 10:20AM | Warm up | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Thesis Production | Thesis Production | Thesis Production | Thesis Production | Thesis Production |
| 12:00PM - 12:40PM | Thesis Production | Thesis Production | Thesis Production | Thesis Production | Thesis Production |
| 1:00PM - 1:45PM | Thesis Production | Thesis Production | Thesis Production | Thesis Production | Thesis Production |
| 2:00PM - 2:45PM | Thesis Production | Thesis Production | Thesis Production | Thesis Production | Thesis Production |
| 2:45PM - 3:00PM | Thesis Production | Thesis Production | Thesis Production | Thesis Production | Thesis Production |

### WEEK SIXTEEN — February 23- February 27

| Time | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| 10:00AM - 10:20AM | Warm up | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Thesis Production | Thesis Production | Thesis Production | Thesis Production | Thesis Production |
| 12:00PM - 12:40PM | Thesis Production | Thesis Production | Thesis Production | Thesis Production | Thesis Production |
| 1:00PM - 1:45PM | Thesis Production | Thesis Production | Thesis Production | Thesis Production | Thesis Production |
| 2:00PM - 2:45PM | Thesis Production | Thesis Production | Thesis Production | Thesis Production | Thesis Production |
| 2:45PM - 3:00PM | Thesis Production | Thesis Production | Thesis Production | Thesis Production | Thesis Production |

| WEEK SEVENTEEN | March 2 - March 6 | | | | |
|---|---|---|---|---|---|
| | Monday | Tuesday | Wednesday | Thursday | Friday |
| 10:00AM - 10:20AM | Warm up | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Postproduction | Postproduction | Postproduction | Postproduction | Postproduction |
| 12:00PM - 12:40PM | Postproduction | Postproduction | Postproduction | Postproduction | Postproduction |
| 1:00PM - 1:45PM | Postproduction | Postproduction | Postproduction | Postproduction | Postproduction |
| 2:00PM - 2:45PM | Postproduction | Postproduction | Postproduction | Postproduction | Postproduction |
| 2:45PM - 3:00PM | Postproduction | Postproduction | Postproduction | Postproduction | Postproduction |

| WEEK EIGHTEEN | March 9 - March 13 | | | | |
|---|---|---|---|---|---|
| | Monday | Tuesday | Wednesday | Thursday | Friday |
| 10:00AM - 10:20AM | Warm up | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Postproduction | Postproduction | Postproduction | Postproduction | Postproduction |
| 12:00PM - 12:40PM | Postproduction | Postproduction | Postproduction | Postproduction | Postproduction |
| 1:00PM - 1:45PM | Postproduction | PostProduction | PostProduction | Postproduction | Postproduction |
| 2:00PM - 2:45PM | Postproduction | Postproduction | Postproduction | Postproduction | Postproduction |
| 2:45PM - 3:00PM | Postproduction | Postproduction | PostProduction | Postproduction | Postproduction |

| WEEK NINETEEN | March 16 - March 20 | | | | |
|---|---|---|---|---|---|
| | Monday | Tuesday | Wednesday | Thursday | Friday |
| 10:00AM - 10:20AM | Warm up | Warm up | Warm up | Warm up | Warm up |
| 11:00AM - 12:00PM | Postproduction | Postproduction | Postproduction | Postproduction | Postproduction |
| 12:00PM - 12:40PM | Postproduction | Postproduction | Postproduction | Postproduction | Postproduction |
| 1:00PM - 1:45PM | Postproduction | Postproduction | Postproduction | Postproduction | Postproduction |
| 2:00PM - 2:45PM | Postproduction | Postproduction | Postproduction | Postproduction | Postproduction |
| 2:45PM - 3:00PM | Postproduction | Postproduction | Postproduction | Postproduction | Postproduction |



Participant name: _____

Season & Year: _____ Age_____

| PRE-PROGRAM In Take | POST-PROGRAM exit |
|---|---|
| 1. On a scale of 1-5, my film making knowledge consists of:<br>1( No experience: No Use) to 5 (Very Experienced: Use Daily)<br>   1     2     3     4     5 | 1. On a scale of 1-5, my film making knowledge consists of:<br>1( No experience: No Use) to 5 (Very Experienced: Use Daily)<br>   1     2     3     4     5 |
| 2. On a scale of 1-5, what is your knowledge of camera, lightning and film editing.<br>?  1 (No experience)   to   5 (Very Experienced)<br>   1     2     3     4     5 | 2. On a scale of 1-5, what is your knowledge of camera, lightning and film editing.<br>?  1 (No experience)   to   5 (Very Experienced)<br>   1     2     3     4     5 |
| 3. On a scale of 1-5, what is your experience in set design ?<br>1 (No experience)   to   5 (Very Experienced)<br>   1     2     3     4     5 | 3. On a scale of 1-5, what is your experience in set design ?<br>1 (No experience)   to   5 (Very Experienced)<br>   1     2     3     4     5 |
| 4. What is your favorite movie<br>_____<br><br>Why do you like this movie<br>_____<br>_____ | 4. What did you enjoy most about this program<br>_____<br><br>Why ….<br>_____<br>_____ |
| What do you hope to learn from this program?<br>_____<br>_____<br>_____<br>_____ | What did you to learn from this program?<br>_____<br>_____<br>_____<br>_____ |
| How do you think you can benefit from this program?<br>_____<br>_____<br>_____<br>_____<br>_____ | How are you going to continue using your new knowledge gained from this program?<br>_____<br>_____<br>_____<br>_____<br>_____ |