# INCLUSION FILMS

# VOCATIONAL FILM

# WORKSHOP BIBLE



# Table of Contents

MISSION STATEMENT: ................................................. 3

PROGRAM POLICIES AND PROCEDURES: ............................... 3-7

    ENTRANCE REQUIREMENTS: ........................................... 3

    Admission Process .............................................. 3

    Participation Limits ........................................... 4

    Absence Policy ................................................. 4

    Discipline policy ............................................. 4

    DRESS CODE .................................................... 4

    ASSESSMENT .................................................... 6

    certificate of completion ..................................... 5

    INTERNSHIPS/EMPLOYMENT ........................................ 5

    HOUSING ....................................................... 7

    STAFFING .................................................... 7-7

        *Program Director/Production Manager* ......................... *6*

        *Core Teacher* ............................................... *6*

        *Editor* ..................................................... *8*

        *Director of Photography* ..................................... *8*

        *Art Teacher (Optional)* ...................................... *7*

PROGRAM CONCEPT ................................................... 8

OUTCOMES/OBJECTIVES .............................................. 8

COURSE CATALOG ................................................. 9-18

PROGRAM BREAKDOWN ............................................ 19-22

    Sample Daily schedule ........................................ 19

    SAMPLE WEEKLY SCHEDULE ....................................... 19

    ORIENTATION .................................................. 20

    WEEK 1: Introduction/ development ............................ 20

    WEEK 2-3: Development ........................................ 20

    WEEK 3-4: Pre-Production ..................................... 22

    WEEK 5 Rehearsals ........................................... 22

    WEEK 6-7 Production ......................................... 22

    WEEK 8-9: Post-Production .................................... 23

    WEEK 10: Wrap-up and Interviews ............................. 23

APPENDIX ........................................................ 24

## MISSION STATEMENT:

Inclusion Films Practical Film Workshop is a vocational program designed to provide adults with developmental disabilities an entry-level working knowledge of film production. Our curriculum moves beyond classroom instruction and offers the client a real-world experience.

The workshop endeavors to demonstrate, encourage, and promote the creative skills, work ethic and talent of filmmakers who have a developmental disability; ultimately allowing them to attain employment; and to become more independent, self confident, and well-rounded individuals.

## PROGRAM POLICIES AND PROCEDURES:

### ENTRANCE REQUIREMENTS:

- Adults, 18 and over, with a developmental disability.
- Client does not pose a threat to self or another client enrolled in the program.
- Appropriate funding must be secured, either by the Regional Center or by private payment.
- Client demonstrates social/interpersonal and communication skills necessary for vocational or work related training in the entertainment industry.
- Client demonstrates willingness to fully participate for the duration of the program.
- Client's interests and goals align with that of the workshop.

### ADMISSION PROCESS

Prospective clients will first apply to the program through their service coordinators and the Regional Center (*Appendix 1:1 & 1:2*) . After preliminary screening, clients will be invited to an initial interview*. Interviewees will be selected from applicants who most closely meet the minimum qualifications to participate in the program. Meeting these qualifications does not guarantee entry into the program. The client selection process is as the discretion of the interview committee. After clients are informed of their admission to the workshop, their Regional Center Service Coordinator will be asked to process the funding request to secure placement. Inclusion Films will inform the client of the start date and orientation schedule.

5

*Note: Inclusion Films does not provide travel reimbursement for those invited to initial interviews. At the discretion of Inclusion Films, video-conference interviews may be available.*

## PARTICIPATION LIMITS

A minimum of (15) clients, and a maximum of (30) for each 10-week program are permitted. Clients may to participate in three terms of the workshop, but must reapply for each term.

## ABSENCE POLICY

Clients are required to attend all program days with no more than 3 absences in a 30-day period. With prior permission, a client may attend fewer days, but it is understood that maximum potential can only be achieved with full participation. Clients must arrive in on-time and provide staff with 24-hour advance notice of absences. If the client anticipates tardiness, a phone call is required as soon as possible. If a client is absent more than 2 consecutive days, both their service coordinator and caregiver will be notified by phone. The staff will then work with the client to determine their future in the program.

## DISCIPLINE POLICY

Clients will sign a contract (*Appendix 1:3*) at orientation. The contract outlines appropriate conduct that the client must maintain in order to stay in the program. This conduct encompasses personal hygiene, appropriate interpersonal behavior, and absences (detailed above). The contract is reviewed individually with each client, explained in clear terms, and may be further reviewed at home with caregivers and/or service coordinators if needed. The contract follows a "three strike" policy. After the first infraction, the contract is reviewed and the client is issued a verbal warning for that behavior. If the behavior is not corrected, the client is issued a written warning to be signed and returned by a caregiver. After the third infraction, the client is dismissed from the program. A client may return in a subsequent semester based on review by program administration and service coordinators.

## DRESS CODE

Clients are expected to dress in casual work attire. Appropriate attire does not have offensive language or graphic images. Close toed shoes are expected as clients will be handling equipment and working on surfaces which may contain debris.

6

## ASSESSMENT

In order to secure funding through the regional center, clients will participate in an assessment of their progress in the program. Assessment is carried out in two ways that are used in conjunction to determine a client's progress towards his or her goals.. First, clients will complete a daily progress report (Appendix 1:4) to be used to track the client's understanding of their own progress. Second, the staff completes a weekly assessment over two main categories; interests/skills and daily behavior. (Appendix 1:5).

## CERTIFICATE OF COMPLETION

After each ten-week workshop clients will receive a certificate signed by program staff and the sponsoring organization, stating the client has completed the film workshop.

## INTERNSHIPS/EMPLOYMENT

Upon program completion, clients may choose to pursue further opportunities with Inclusion Films. Internships are offered in each of the departments; i.e. editing, camera, art, and production assistant.  Internships are available to clients who have demonstrated proficiency and commitment to that department.

Upon completion of an internship, clients may be able to continue to work for Inclusion Films as employees.   Employment will be offered to clients who have completed three terms of the workshop and at least one term as an intern, and who have shown competency and trustworthiness.

Additionally, clients may have opportunities to obtain outside internships with local businesses.

***********MORE TO COME**********

HOUSING

There are opportunities to implement a program that allows clients to reside in a dormitory setting for the duration of the workshop. These clients will receive a weekly stipend for meals and transportation to and from the workshop location. A live in residential coordinator will reside in the dormitory and will provide life skills instruction during non-program hours. This instruction will cover timeliness with morning routine, food preparation and cooking and budgeting. The residential coordinator will also mediate any disputes, oversee medication and liaise with the families. The dormitory setting allows clients the opportunity to experience a "real-life" environment, to build social and occupational skills, and to gain independence.

STAFFING

Program Director/Production Manager

The Program Director is responsible for the supervision of the program, including scheduling, infrastructure; personnel management, establishing policies, procedures and safety guidelines, purchasing and maintaining all program equipment and evaluating programs and providing feedback as needed. They will recruit, hire, and supervise instructors and volunteers, and maintain open communication lines among instructors, volunteers and participants. They will attend any meetings, fundraisers or events as the representative of the program. They oversee the program budget and employee payroll and maintain program expenditures. They apprise the Executive Director of program and project status.

During production they act as the Production Manager, the physical aspects of the production (not the creative aspects) including personnel, technology, budget, and scheduling. It is the Production Manager's responsibility to make sure the filming stays on schedule and within its budget. They manage the day-to-day budget by managing operating costs such as salaries, production costs, and everyday equipment rental costs.

Core Teacher

A core teacher is a qualified arts educator, with at least 3 years of professional experience, at least one year of which is working with developmentally disabled individuals. The ideal

candidate will have experience and understanding of film production and acting. They are responsible for teaching the acting, writing and production classes; and they often act as director for the film. The core teacher also oversees much of the program administration, conducts assessments, plans the schedule and curriculum, and liaises with parents and caregivers.

Editor

 The editor is a professional editor, proficient in Final Cut Pro, as well as other mediums. They should be familiar with editing narrative film, including laying in music, special effects and credits. The editor should also be comfortable leading classes and explaining the process of post-production in a clear and sequential manner.

Director of Photography

The Director of Photography (or DP) will function as the head of the camera department, responsible for all camera and lighting for the production. The DP will have experience in film production on the professional level, and with various technologies relating to film. They will be responsible for obtaining and leading any additional crew during production. They will also teach all camera and lighting classes and will be able to present the information clearly and with relevance to the workshop's goals.

Art Teacher (Optional)

The art teacher is an individual who understands the basics of various mediums of art used in film. They may be a professional artist or an art teacher, but will also be able to coordinate the production art needs in terms of props, costumes and set dressing. The will feel comfortable presenting instruction in color theory, costume design and basic sewing, special effects make up, prop creation and have an understanding of how art elements read on film.

*Additional Staff provided as needed.

9

## PROGRAM CONCEPT

*"A Studio that Teaches"*

The workshop is designed to combine classroom style teaching with hands-on practical experience, in order to combine the theoretical with the practical. The program approaches learning from the perspective that the material is best internalized when applied directly in the classroom.  As clients are learning concepts and equipment, they will simultaneously apply the ideas and use the materials. This approach combines film theory, creative instruction, marketing, and technical tools to award each client a basic working knowledge of film production. As the clients continue their development in the program, they will concentrate their efforts into one department.

Clients will receive workbooks with relevant handouts and forms.  They will receive a glossary of terms for each department, and sample forms such as call sheets, petty cash forms, shot lists, and much more.  Clients can use their workbooks to keep relevant class notes and handouts throughout the workshop.

## OUTCOMES/OBJECTIVES

- Clients will have a working knowledge of the physical production of a film.
- Clients will understand the concept of script writing and framing a story.
- Clients will understand the basic fundamentals of digital video editing.
- Clients will understand the basic fundamentals of lighting equipment and the digital video camera.
- Clients will develop social skills and understanding through acting and role playing exercises.
- Clients will be able to use the skills they learn in vocational ventures.

Clients should leave the program with:

- A foundation of skills that can be applied in feature filmmaking.
- Skills that will assist in completing successful applications for further training.
- An improved chance of gaining entry level jobs into the industry and establishing a career.
- DVD copies of the film they've produced.
- Creative collaborations for the future with other participants.

# COURSE CATALOG

| | |
|---|---|
| LIGHTING/CAMERA | 10 |
| *Overview:* | *10* |
| *Goals/Objectives:* | *10* |
| *Materials:* | *10* |
| WRITING: | 11 |
| *Overview:* | *11* |
| *Goals/Objectives:* | *11* |
| *Materials:* | *11* |
| ACTING: | 12 |
| *Overview:* | *13* |
| *Goals/objectives:* | *12* |
| *Materials:* | *13* |
| *Texts Used:* | *13* |
| EDITING | 13 |
| *Overview:* | *13* |
| *Goals/Objectives:* | *13* |
| *Materials:* | *14* |
| ART DEPARTMENT | 14 |
| *Overview:* | *14* |
| *Goals/Objectives:* | *14* |
| *Materials:* | *15* |
| PRODUCING/DIRECTING/SCRIPT SUPERVISING | 15 |
| *Overview:* | *16* |
| *Roles:* | *16* |
| *Materials Used:* | *16* |
| JOB SKILLS | 17 |
| GUEST SPEAKERS | 18 |
| TOPICS COVERED: | 17 |
| ***OPTIONAL SECTION | 17 |
| *Past Guests:* | *18* |

11

LIGHTING/CAMERA

Overview:

In this course, clients will be introduced to the equipment used in the camera and lighting department as well as the basics of film techniques.  They will review the history of film equipment, and how it has evolved to the digital world of today.  Photos are used to give clients visual images to associate with the terms they are learning. As each skill builds on the previous, clients will be able to review skills each week, giving them the ability to retain the lessons and continue to practice.

Goals/Objectives:

- Clients will have the understanding of and ability to setup, function and strike film-set lighting and grip equipment.
- Clients will be introduced to the basic functions of the digital video camera.
- Clients will be able to setup the tripod, turn on and operate the digital video camera.
- Clients will have an understanding of 3-point lighting, proper camera exposure settings, framing and camera operation.

Materials:

Lighting Terms (*Appendix 3:1*)

Lighting Equipment (*Appendix 3:2*)

Camera Terms (*Appendix 3:3*)

Camera Equipment (*Appendix 3:4*)

WRITING:

Overview:

In this class, clients will develop a script for the short film to be shot during the workshop. They will be introduced to script writing and development using the computer program Final Draft. Clients will learn the important elements of story telling; including plot, character development, conflict and resolution.

Goals/Objectives:

- Clients will learn how to format a script for film using Final Draft.
- Clients will achieve a working knowledge of script development, character analysis and plot.

Materials:

Writing Terms and Concepts (*Appendix 4:1*)

Writing Prompts/Sources: (*Appendix 4:2*)

Texts Used:

Christensen, Linda. *Reading, Writing and Rising Up; Teaching about Social Justice and the Power of the Written Word.* Milwaukee, WI.; Rethinking Schools. 2000.

ACTING:

Overview:

      In this class, clients will be introduced to the basics of acting for camera. They will learn to develop characters through movement, voice and improvisation. The main purpose of these classes is to aide clients in building social skills through acting exercises; exploring concepts such as body language, subtext, relationships, status and eye-contact. Improvisation exercises will flow from low focus to high focus, increasing with client's comfort level as the workshop progresses. As production for the film continues, students who excel in acting may have the opportunity to audition for the film.

Goals/objectives:

- Clients will be able to create a character using voice and movement.
- Clients will understand the basics of camera acting, including body position in relation to the camera.
- Clients will learn to work together, and will build confidence and social skills through exercises designed to mirror real life situations.

Materials:

Acting Terms (Appendix 5:1)

Sample Lesson Plan (Appendix 5:2)

Acting Exercises (Appendix 5:3)

Texts Used:

McCurrach, Ian & Darnley, Barbara. *Special Talents, Special Needs: Drama for People with Learning Disabilitie*s. Jessica Kingsley. United Kingdom. 1999.

Schneider, Cindy B. *Acting Antics: A Theatrical Approach to Teaching Social Understanding to Kids and Teens with Asperger Syndrome*. Jessica Kingsley. United Kingdom. 2007.

Boal, Augusto. *Games for Actors and Non-Actors*. Routledge. New York. 2002

EDITING

Overview:

Using an industry standard post-production software, Final Cut Pro, clients will learn how a film is assembled in the editing room. Clients will learn how to capture footage into the computer. Then the shots with the best qualities are woven together, creating a rough cut, i.e. a first draft, of the film. After doing some fine-tuning to the rough cut; the score, the titles, and any special effects are applied to complete the film and to give it life.

Goals/Objectives:

- Clients will have a basic understanding of Final Cut Pro and be able to identify its layout.
- Clients will have knowledge of the organizational skills involved with being an editor and a proper understanding of the equipment.
- Clients will be able to assemble a rough cut of a project, as well as apply the score, create the titles and simple special effects to make it complete.

Materials:

Editing Terms (*Appendix 6:1*)

Sample Lesson Plan (*Appendix 6:2*)

Resources on the Internet: http://www.digitalrebellion.com/glossary.htm

## ART DEPARTMENT

Overview:

      The role of the art department is to introduce the artistic and design elements of filmmaking.  These include prop making, costume design, set design and make-up.  Clients complete projects in each of these elements.  After the film is written, clients work to fill the pre-production artistic needs of each film.  Another function of the art department is to develop a prop and costume stock and prepare a backdrop collection, to serve as permanent stock for the workshop. Management of the props, costumes and backdrop stock will be a part of the curriculum.

Goals/Objectives:

- Clients will understand the basics of prop, costume, and set design and learn the role of these elements in a film.
- Clients will learn the fundamentals of special effects and film make-up.
- Clients will learn the color wheel, and how to mix colors with paint and make-up.
- Clients will learn the fundamentals of sewing and how to thread and use a sewing machine.

Materials:

Art Terms (*Appendix 7:1*)

Sample Lesson Plan (*Appendix 7:2*)

Story Board (*Appendix 7:3*)

Make-up Design template (*Appendix 7:4*)

PRODUCING/DIRECTING/SCRIPT SUPERVISING

Overview:

Throughout the workshop, in addition to core classes, clients will be introduced to other avenues available in film production. The areas of focus are directing, producing and script supervising. An introduction to these jobs allows clients to get a fuller foundation of the film process.

Roles:

**Directing**: Clients will work as assistant directors, gaining an understanding of how to create a working environment on the set and giving the calls for each take.  They will learn the complexity of the relationship between the actors, DP and crew.  The assistant director creates the call sheet for each day of production, and coordinates the extras on set.

**Producing**: Clients will work as assistant producers, working alongside the director and staff to attain permits, plan the schedule and coordinate the flow of production. They will carry production notebooks, tracking finances, expenses and contact information.

**Script Supervising**: Clients will have the opportunity to work as script supervisors during production. A script supervisor's role is to act as the on set editor. They track continuity in the film, help actors with their lines on set, and communicate with the director, camera department and editor to track the best takes.  They also carry a production folder, and create a log for each day of filming to submit to the editor and head of each department.

Materials Used:

Script Supervisor Daily Facing Page (*Appendix 8:1*)
Script Supervisor Report Form (*Appendix 8:2*)
Storyday Breakdown (*Appendix 8:3*)
Call Sheet (*Appendix 8:4*)
Shot List (*Appendix 8:5*)
Petty Cash Sheet (*Appendix 8:6*)

JOB SKILLS

Another important element of the film workshop will be a weekly vocational based job skills class. Professional vocational educators ( a full time staff member if possible*) will work each week to address appropriate work behaviors and requirements for success in the workplace. The Job Skills element allows clients to make connections directly between the skills they are learning and the environment of the workplace.

*If this position is fulltime, the staff member will be responsible for maintaining the work environment, in essence acting as the human resources department for the clients. Clients may consult him or her on personal disputes or challenges, or meet to address individual approaches to success in the workshop.

Objective:

As a vocational program, a large focus of the workshop is how to apply the skills learned towards success in a job, whether in the film industry, or in another field. The Job Skills teacher uses entrance evaluations to determine which skills need to be addressed for each client. Then the class follows a curriculum designed to work with clients on their individual goals and challenges, as well as with the group on common topics. These topics include, but are not limited to, interview skills, appropriate attire, resumes, body language, and trust.

Work Environment:

The workshop aims to mirror a professional working environment. Clients clock in and out daily, have a "break room" area with lockers to store their personal effects, and wear nametags. They are paid in "play money" and must follow a code in the work environment. This mock work environment allows for experiential learning, teaching lessons about consequences for negative work behaviors, such as receiving a dock in pay for tardiness, and about the value of staying committed to a task and saving money.  Clients may also have the opportunity to role play as different positions, to see the benefits and challenges of fulfilling that role.

Texts Used:

Kincher, J. *Psychology for Kids Vol 1*. Free Spirit Publishing; Minneapolis, MN. 2008.

Barron, Sean & Grandin, Dr. Temple; *Unwritten Rules of Social Relationships*. Future Horizons. Texas. 2005.

GUEST SPEAKERS

Over the course of each term, guest speakers will be invited to give a presentation to the workshop. These guest speakers are professionals in their field, and provide an introduction to the vast opportunities available in the film industry.

TOPICS COVERED:
- Sound Design
- Script Supervising
- Animation
- Graphic Design/Marketing
- Line Producing
- Acting as a Business
- Stunt Coordinating

***OPTIONAL SECTION

Past Guests:

Jeff Lass: Composer, Sound Mixer  **(Bio to Come)**

Dani Bowman: Animator and Owner of Powerlight Animation Studios

> *Dani is a 16 year old animator with autism, who has started her own company. Dani illustrates, writes and voice acts nine different cartoon series, each with about 30 unique characters. Dani came up with the name of Powerlight Studios at age 11, and shortly there after created her first series, "Gemstar & Friends", followed by "The Adventures of Captain Yuron". Powerlight Studios is developing an Autistic Artist's Network to promote the works of other Autistic artists with the goal of helping them become self sufficient.*

Bill Dion: Program Coordinator at Inclusion Films and Line Producer **(Bio to Come)**

Glory Fioramonti: Stunt Coordinator **(Bio To Come)**

Bruce Resnik: Script Supervisor

> *Bruce Resnik's attention to detail evolved from his early work as an Equity stage manager of regional and touring theatres. It was here that Bruce perfected his skills and learned how to work with actors and directors. For over eight years Bruce has handled script duties on features, TV and commercials and is highly sought after by directors with whom he has worked. Totally comfortable with computers, he uses his for digital image capture and creates a full digital workflow.  Based in Los Angeles, Bruce is available worldwide.*

Geri Jewell: Actor/Comedienne

*Geri Jewell is best known as Cousin Geri on the NBC sitcom, "The Facts of Life". She was the first person with a disability to have a regular role on a prime time series. She began her career doing stand up comedy at the Comedy Store in 1978. She has appeared on such shows as "The Great Space Coaster", the Emmy award winning movie "Two of a Kind", "Sesame Street", "21 Jump Street", "Young and the Restless", "Strong Medicine" and the HBO hit series, "Deadwood." When Geri is not working in television, she is a highly sought after motivational speaker and trainer in the areas of disability and diversity. She has consulted for such companies as Hewlett Packard, Master Foods, Johnson Wax, AT&T, and Amgen. She has also trained such government agencies as The C.I.A., The U.S. Treasury Department, Defense Intelligence Agency, and the U.S. Army.*

Scott Bayo:  Actor

*For more than 30 years, Scott Baio has been a beloved actor, successful producer, writer and director. Baio is best known for his roles as Chachi Arcola on "Happy Days" and "Joanie Loves Chaci," as well as Charles on the hit 1980s sitcom "Charles in Charge." Baio also starred as an alcoholic teenager in the CBS film "The Boy Who Drank Too Much" and played a hemophiliac in NBC's "Senior Trip!" Baio is currently working on an interactive children's book, with the focus being on integrating Italian language and culture into Italian-American homes.*

And Many More….

## PROGRAM BREAKDOWN

The program is structured so clients rotate weekly through each department, with two to three classes in each department. As production week approaches, clients concentrate on one department to fulfill their role during production.

## SAMPLE DAILY SCHEDULE

*Based on a Monday-Friday  10:00-3:00 Schedule

| | |
|---|---|
| 10:00-10:15 | Arrival & Announcements |
| 10:15-10:30 | Relaxation/Warm-up |
| 10:15-10:45 | Class A |
| BREAK 15 MINUTES | |
| 11:00-12:00 | Class B |
| 12:00-12:45 | Lunch |
| 12:45-1:40 | Class C |
| BREAK 10 MINUTES | |
| 1:50-2:45 | Class D |
| 2:45-3:00 | Wrap-up/Assessment |

## SAMPLE WEEKLY SCHEDULE

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| A | CAM 1<br>EDIT 2<br>ART 3<br>PROD 4 | CAM  3<br>EDIT  4<br>ART  1<br>PROD 2 | CAM 1<br>EDIT 2<br>ART 3<br>PROD 4 | FILM THEORY<br>(ALL GROUPS) | CAM  3<br>EDIT  4<br>ART  1<br>PROD 2 |
| B | ACTING 1&2<br>WRITING<br>3&4 | ACTING 1&2<br>WRITING 3&4 | CAM 2<br>EDIT 3<br>ART 4<br>PROD 1 | FILM THEORY<br>(ALL GROUPS) | CAM  4<br>EDIT  1<br>ART  2 |
| C | ACTING 3&4<br>WRITING<br>1&2 | ACTING 3&4<br>WRITING 1&2 | PRODUCTION<br>MEETING (ALL<br>GROUPS) | ACTING (ALL) | JOB CLUB |
| D | CAM 2<br>EDIT 3<br>ART 4<br>PROD 1 | CAM  4<br>EDIT  1<br>ART  2<br>PROD 3 | PRODUCTION<br>MEETING (ALL<br>GROUPS) | FREE CLASS<br>(ART, EDIT,<br>CAMERA,<br>ACTING) | JOB CLUB |

*Students are divided into four groups (1-4)

ORIENTATION

Before the start of the workshop, there will be an orientation for clients and their families or caregivers. The purpose of this orientation is to introduce each department, and to provide an increased understanding of the workshop to families and care givers, so they will be equipped to aide the client in reaching their own workshop goals. *Clients and their guests will rotate through a brief introductory class in each department, taught by the instructor, and will have the opportunity to ask any questions they may have.*
Clients will also receive their workshop materials and sign the behavior contract at this time. This orientation will occur in the week before the start of the workshop.

WEEK 1: INTRODUCTION/ DEVELOPMENT

Clients will discuss the goals of the workshop and what they each hope to accomplish. They will complete an entry interview and fill out an initial assessment, which will provide a starting point from which to determine achievable goals and expectations for each client. The various jobs and terms used in film are also introduced, as well as an explanation of the process of developing, producing and editing a film. Clients will begin to discuss the roles in which they have a strong interest.

Clients will have their first classes in each of the departments; art, camera, lighting, editing, and acting.

- **Acting**: Breaking the Ice, Improvisation (focus on comfort levels and learning names)
- **Art**: Role of Art Department; Introduction to Color and Texture
- Editing: Introduction to Final Cut, History of Editing
- **Camera**: Role of Camera Department, How to Coil a stinger and Set up a Light Stand
- **Writing**: Script Development (Most of the focus of the first week will be on development for the semester thesis film. The concentration will be on creating a family friendly film, with a moral and theme relevant to our clients.)

WEEK 2-3: DEVELOPMENT

Clients will continue to receive instruction in each department, rotating through classes in small groups. The focus is to finish the script and to begin to assemble production needs, such as locations, props and costumes.

22

- **Writing:**  Completing the Script: A working draft of the script will be completed, with main points of the plot, characters and the arc of the story. Clients will have a read through by the end of the week.
- **Acting:**  Creating Character (Exploring Self)
- **Camera:** Grip stands, Chimera lighting set-up and rigging.
- **Art**: Costume Design and History
- **Editing**: How to lay in clips into the timeline.

## WEEK 3-4: PRE-PRODUCTION

The focus will be on casting, breaking the script down, and nailing down a shooting schedule.  Clients will decide which departments they will focus on during production; camera, script supervisor, wardrobe supervisor, actor, etc.

Classes will continue on an amended schedule, with client's focusing their instruction into one department.

- **Acting:** Creating scenes in Groups (Collaboration)
- **Camera**: Three point lighting
- **Art**: Introduction to Sewing. Taking Measurements for actors.
- **Editing**: Text and Graphics
- **Production**: Assistant Director, Script Supervisor and Producer will learn their duties for the film.

## WEEK 5 REHEARSALS

Clients will lead rehearsals with the actors, emphasizing development of characters and relationships.  Clients will learn blocking for camera.  Test shots may be taken to demonstrate these concepts.

Each department will focus on finalizing production needs for the film; locations, props, costumes, etc. The shooting script will be locked, and the assistant director will create the call sheets for the shooting days.

## WEEK 6-7 PRODUCTION

Principal photography will take place for the film.  A detailed shooting schedule will be followed, emphasizing the elements of film production.  Clients will review dailies and discuss which shots worked and whether any shots need to be redone.  Clients on the camera

23

crew will be responsible for setting up and taking down equipment each day. Clients will perform their roles as assistant directors, script supervisors, prop masters, etc.

Classes will cease during production. Each client will work on the film; however, there may be times where not everyone is needed on set. During the times when they are not working on the film, they will have the opportunity to work on job skills or other related lessons with the Inclusion staff.

During production, clients will receive on set training and be able to experience the pace and flow of a professional film set, while honing the skills they have learned in the workshop.

WEEK 8-9: POST-PRODUCTION

Clients will enter post-production, working with the editor to lay down a rough cut, and then to develop the look of the completed film. Clients will have creative input, and will also learn to follow the notes made by the script supervisor during production. Clients will be re-introduced to the technical aspects of the editing software and computer equipment. They will weave each shot together and learn editing tricks that are used throughout the industry.

Classes will resume in the other departments as well, to provide more classroom instruction and moving beyond the elements learned in the first few weeks.

- **Camera**: How to Set up Your Shot
- **Acting**: Group Class Films (Collaboration, Independence)
- **Art**: Special FX Make-up, Masks

WEEK 10: WRAP-UP AND INTERVIEWS

Clients will put in the finishing touches on the film in editing. After the film is complete, they will work as a class to review the information learned in the workshop and to finalize any on-going class projects created during the workshop. Classes will continue with the focus of each class being on review and assessment.

Joey will conduct exit interviews and the staff will complete final assessments for each student. The final day will include a party!

## APPENDIX

1:1    General Information Form (MISSING)
1:2    Interest and Skills Questionnaire
1:3    Participant Contract
1:4    Daily Progress Report
1:5    Assessment Rubric

2:1    Lighting Terms
2:2    Lighting Equipment
2:3    Camera Terms
2:4    Camera Equipment

3:1    Writing Terms
3:2    Genres of Film
3:3    Writing Prompts/Sources
3:4    Script Writing Terms

4:1    Acting Terms
4:2    Sample Lesson Plan
*4:3    Skill Building Exercises*

5:1    Editing Terms
5:2    Sample Lesson Plan

6:1    Art Terms
6:2    Measurement Form
6:3    Storyboard Sheet
6:4    Make-up Design Template

7:1    Script Supervisor Daily Facing Page
7:2    Script Supervisor Report Form: Editor's Log
7:3    Storyday Breakdown
7:4    Call Sheet
7:5    Shot List
7:6    Petty Cash Sheet
7:7    Inventory Sheet

25

**APPENDIX 1:1**
GENERAL INFORMATION FORM

## APPENDIX 1:2

**Interest and Skills Questionnaire**          NAME:_____

Please rate your skills and interest in the following categories.
1=Not interested/Skilled        5=Neutral        10=Very Interested/Skilled

**ACTING**
Interest

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | N/A |
|---|---|---|---|---|---|---|---|---|----|-----|

Skill

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | N/A |
|---|---|---|---|---|---|---|---|---|----|-----|

**PRODUCING/DIRECTING**
Interest

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | N/A |
|---|---|---|---|---|---|---|---|---|----|-----|

Skill

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | N/A |
|---|---|---|---|---|---|---|---|---|----|-----|

**PROPS/SETS (ART DEPT.)**
Interest

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | N/A |
|---|---|---|---|---|---|---|---|---|----|-----|

Skill

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | N/A |
|---|---|---|---|---|---|---|---|---|----|-----|

**COSTUMES/MAKE-UP (ART DEPT.)**
Interest

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | N/A |
|---|---|---|---|---|---|---|---|---|----|-----|

Skill

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | N/A |
|---|---|---|---|---|---|---|---|---|----|-----|

**CAMERA/LIGHTING**
Interest

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | N/A |
|---|---|---|---|---|---|---|---|---|----|-----|

Skill

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | N/A |
|---|---|---|---|---|---|---|---|---|----|-----|

**EDITING**
Interest

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | N/A |
|---|---|---|---|---|---|---|---|---|----|-----|

Skill

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | N/A |
|---|---|---|---|---|---|---|---|---|----|-----|

**OTHER INTERESTS:** (film related)

_____

_____

**APPENDIX 1:3**

**Participant Contract**

I, _____, state that I am in the Film Workshop by my choice. I understand that to remain in the program I must follow these rules:

1. I will respect the property, space, and ideas of other participants. [I WILL NOT TOUCH OTHER STUDENTS OR THEIR THINGS. I WILL LISTEN TO OTHERS AND NOT MAKE FUN OF THEIR IDEAS OR PUT THEM DOWN.]

2. I will treat the staff, aides and any visitors with respect, and will maintain professional boundaries with them. [I WILL NOT TOUCH STAFF MEMBERS, AIDES OR VISITORS IN ANY WAY THAT IS NOT OK IN A WORK PLACE.]

3. I will wear clothing that is in line with what the Kern Film Workshop deems appropriate. [I WILL NOT WEAR CLOTHES WITH BAD WORDS OR THAT DO NOT COVER MY PRIVATE PLACES.]

4. I will be clean and maintain appropriate hygiene. [I WILL SHOWER EVERY DAY, BRUSH MY TEETH AND WEAR DEODERANT.]

5. I will not swear or use offensive language in the Workshop. [I WILL NOT CUSS.]

6. I will participate to the best of my ability at all times. [I WILL ALWAYS TRY MY BEST.]

7. I will arrive on time, ready to participate fully, and not have unnecessary absences. [I WILL COME ON TIME AND NOT MISS UNLESS I HAVE TO.]

8. I will keep my cell phone off and will avoid texting. If there is an emergency, I will go outside the room to take a call. [I WILL KEEP MY CELL PHONE OFF, UNLESS THERE IS AN EMERGENCY.]

9. I will NOT exhibit inappropriate behavior of a sexual, verbal, physical, racial, religious or political nature. ** [I WILL NOT TALK ABOUT SEX, OR TOUCH OTHERS IN PRIVATE PLACES, OR DISCUSS POLITICS OR RELIGION. **]

I will have three chances to follow these rules. If I break them, I will first be verbally warned. If I break them a second time, I will need to meet with the staff to create a plan for improving my behavior. I will also sign an addendum to this contract stating that I understand I have one more chance. If I break them a third time, I will have to leave the program. [I WILL GET THREE CHANCES TO FOLLOW THESE RULES. THE FIRST TIME I BREAK ONE, WE WILL TALK ABOUT IT. THE SECOND TIME I BREAK ONE, THERE WILL BE A MEETING WITH THE STAFF AND I WILL SIGN ANOTHER CONTRACT. THE THIRD TIME I BREAK ONE, I WILL HAVE TO LEAVE THE PROGRAM.]

**\*\* Non-compliance with this rule will result in immediate removal from the program. [IF I BREAK THIS RULE, I WILL HAVE TO LEAVE THE PROGRAM IMMEDIATELY.]**

_____        _____
*Participant*                                              *Date*

_____        _____
*Film Workshop representative*          *Date*

APPENDIX 1:4

DAILY PROGESS REPORT

## DAILY PROGRESS REPORT

**NAME:** _____        **WEEK:** _____

### MONDAY

**How did today go?**

Bad  ☹            OK  ☺                Great ☺

1      2      3      4      5      6      7      8      9      10

**Today I felt:** _____

**One FILM TERM I learned to day was:** _____

**Likes:** _____

**Dislikes:** _____

**One thing I can improve:** _____

### TUESDAY

**How did today go?**

Bad  ☹            OK  ☺                Great ☺

1      2      3      4      5      6      7      8      9      10

**Today I felt:** _____

**One FILM TERM I learned to day was:** _____

**Likes:** _____

**Dislikes:** _____

**One thing I can improve:** _____

### WEDNESDAY

**How did today go?**

Bad  ☹            OK  ☺                Great ☺

1      2      3      4      5      6      7      8      9      10

**Today I felt:** _____

**One FILM TERM I learned to day was:** _____

**Likes:** _____

**Dislikes:** _____

**One thing I can improve:** _____

(Form repeats for Each Day)

ASSESSMENT RUBRIC

**APPENDIX 1:5**

(Unformated)

**Work Behaviors**
Timeliness (arrival, stays, etc.)
Accepts and Follows Directions to Completion
Asks for Help/ Clarification when Needed
Acts Respectfully towards Others
Works Independently
Works with Peers
Takes Initiative and/or Leadership Role
Appropriate Hygiene
Flexible with Schedule
Appropriate Break/Lunch Behavior
**Skills & Interests**
Retention of Information
Takes Risks
Editing
Camera Department
Art Department
Acting
Writing
Comments:
Key:  4 = Always,   3 = Often,   2 = Rarely,   1 = Never
        P = Proficient,   A = Assisted

**APPENDIX 2:1**

LIGHTING TERMS

ELECTRICIANS: These people rig and operate the lighting equipment.

FILL LIGHT: Additional light used to brighten shadow areas.

FIRST ASSISTANT ELECTRICIAN: Also called the 'Best Boy,' he supervises the lighting and electrical equipment.

FLAT: even light that provides little contrast. Flat lighting tends to add pounds to an actor's face and to reduce prominent facial features.

GAFFER: Chief electrician, responsible for setting up lights under the DP's direction.

HOT SPOT: Too much light in one spot.

SET-UP: Each new camera angle, especially when lighting must be moved.

STRIKE: To remove something, especially large objects. At the end of the day, all equipment is struck.

SUN GETTING YELLOW: At the end of the day, it means that the sun is going down and the light is getting weak.

31

**APPENDIX 2:2**

LIGHTING VISUAL IMAGES



*These images, and others are included in laminated packs of cards as aides for lighting class.

32

**APPENDIX 2:2**

CAMERA TERMS

AERIAL SHOT   Use only when necessary. This suggests a shot be taken from a plane or helicopter (not a crane).

BRUSH CAMERA: Direction to exit a scene by walking directly at the camera and then brushing past it.

CAMERA ANGLE: The position of the camera relative to the actors

CAMERA LEFT/CAMERA RIGHT: Directions given from the camera's point of view. Opposite of STAGE LEFT and STAGE RIGHT, which are given from the *actor's* point of view. May also be called LEFT FRAME and RIGHT FRAME.

CAMERA OPERATOR: Operates the camera (hence the name!) In the absence of a video assistant, he is the only one to actually see the shot until the dailies are ready.

CAMERA REHEARSAL: Also called a "walk-through," this is where actors will walk through their blocking so that the camera can rehearse its moves.

CHEAT: To angle the performer or object toward a particular camera; also as in CHEAT YOUR LOOK (to open your face to the camera. Cheating should not be noticeable to the audience.

CLOSE-UP: Object or any part of a person or object seen at close range and framed tightly. Extreme close-up (ECU)is from the bottom of the chin to the hairline (also called a 'cowboy close-up'). Close-up (CU)is head-and-shoulders. Medium Close-up (MCU) is below the shoulders to above the head. Also called a "Two-T" shot.

CONTRAZOOM:   The Hitchcock zoom, also known as the contra-zoom or the Vertigo effect is an unsettling in-camera special effect that appears to undermine normal visual perception in a way that is difficult to describe. This effect was used by Alfred Hitchcock in his film Vertigo. It rarely appears in a screenplay. In the Hitchcock zoom, the setting of a zoom lens is used to adjust the field of view at the same time as the camera moves towards or away from the subject in such a way as to keep the subject the same size in the frame throughout.

COVER: To photograph a scene from many angles (COVERAGE). To get between another actor and the camera (COVERING).

CUT AND HOLD: Stop the action and hold positions. Sometimes means that this is the final TAKE for this scene and that the CAMERA OPERATOR is CHECKING THE GATE to be certain that the film is IN THE CAN.

DIRECTOR OF PHOTOGRAPHY: The DP is responsible to the director for achieving optimum image on film. Selects the camera and lighting equipment and supervises camera and lighting crews for each shot.

DOLLY: A four-wheeled camera support that can move on the ground or on tracks. The word is also used as a verb, meaning to move the camera on a dolly. The dolly can be a sophisticated piece of equipment or something as mundane as a wheelchair.

DOWN CAMERA EYE: The actor's eye that is closest to the camera.

ESTABLISHING SHOT: Usually a long shot orienting the audience to a new location, such as a shot of a building before cutting to the interior.

FADE IN/FADE UP/FADE OUT: Going from black to picture and vice-versa.

FIRST ASSISTANT CAMERAMAN: Also called the Focus Puller, he maintains and cleans all elements of the camera, attaches the camera to mounts, handles the lens and pulls focus and/or zoom.

FIRST CAMERAMAN: Also called the Key Grip, he supervises all grips (camera operators) under the direction of the DP.

FRAME: The viewing area as seen by the camera.

FOLLOW SHOT: Shot in which the camera moves to follow the action.

HIGH SPOT: A camera angle that looks down on the subject.

HOT MIKE/HOT CAMERA: Microphones and cameras that are "on."

SCREEN TEST: A scene filmed in full costume and lighting, to show an actor's suitability for a particular role.

SECOND ASSISTANT CAMERAMAN: Also called the Clapper/Loader, he loads and unloads the film, maintains paperwork, prepares the slate for each take and otherwise assists the 1st Cameraman.

SHOT: Whatever the camera is seeing. LONG SHOT (LS) is anything shot from a distance with a wide field of vision (head-to-toe of a person). MEDIUM SHOT (MS) is waist-up. TWO SHOT is generally a medium or closer shot of two people.

33

TAKE: Each time a scene is recorded on film or tape.

ZOOM: Gradually changing the focal length of the lens, gives the effect of dollying in or out without moving the camera. The image gets larger or smaller.

**APPENDIX 2:3**

CAMERA VISUAL IMAGES



*These images, and others are included in laminated packs of cards as aides for camera class.

APPENDIX 3:1

WRITING TERMS

ALLEGORY: A narrative technique in which the characters are portrayed as things or concepts in order to convey a message. Usually used for satirical or political purposes.

ALLITERATION: A series of words in a sentence all beginning with the same sound. For example: Sing a song of six-pence.

ASSONANCE: Repetition of internal vowel sounds in nearby words that do not end the same, used to emphasize important words in a line. For example – asleep under a tree.

BIOGRAPHY: A life story of someone other than the writer's.

PLOT: the order of events in a narrative or any other type of story.

   *Plot device, an element introduced into a story solely to advance or resolve the plot of the story

CHARACTER: an agent in a work of art, including literature, drama, cinema, opera, etc.

CHARACTERIZATION: The author's expression of a character's personality through the use of action, dialogue, thought, or commentary.

CLICHÉ: An overused expression.

PROTAGONIST: is the main character (the central or primary personal figure) of a literary, theatrical, cinematic, or musical narrative, around whom the events of the narrative's plot revolve and with whom the audience is intended to most identify.

ANTAGONIST: is a character, group of characters, or institution, that represents the opposition against which the protagonist must contend. In other words, 'A person, or a group of people who oppose the main character, or the main characters.'[2] In the classic style of story where in the action consists of a hero fighting a villain, the two can be regarded as protagonist and antagonist, respectively.

CLIMAX: The Climax is the point in the story where the main character's point of view changes, or the most exciting/action filled part of the story. It also known has the main turning point in the story.

CONFLICT: is a concept in literary studies that seeks to analyze plots by finding their driving sources of conflict.

TYPES OF CONFLICT:

Man v. Man  can be described as a conflict arising between two or more characters of the same kind. An example of this might be a fist fight between two people. Such as the Protagonist (main character) vs. the Antagonist (villain or someone who's against the protagonist).

Man v. Nature is the theme in literature that places a character against forces of nature.[1] Many disaster films focus on this theme, which is predominant within many survival stories. It is also strong in stories about struggling for survival in remote locales, such as the novel Hatchet or Jack London's short story "To Build a Fire" or "Survivor man".

Man v. Supernatural is a type of conflict in which the character is against elements outside of the natural realm. These include encounters with ghosts, extraterrestrials, external spiritual experiences, and other unexplained occurrences. The films The Exorcist and The Blair Witch Project have elements of this form of conflict.

Man v. Machine/Technology is a conflict between the protagonist and mechanical antagonist or the mechanization of society in general. An example would be the Terminator movies.

Man v. Destiny (or Fate) is a theme in which one attempts to break free of a predetermined path before him chosen without his knowledge. It can also be referred to as a conflict between fate and freewill. A common example is Shakespeare's Macbeth.


DIALOGUE: is a literary and theatrical form consisting of a written or spoken conversational exchange between two or more people.

DEAD METAPHOR: A metaphor that has lost its intensity due to overuse.

DENOUEMENT: The final outcome of the main complication of a story or play. It usually occurs after the climax and reveals all the secrets and misunderstandings connected to the plot.

DICTION: A writer's choice of words, phrases, sentence structures, and figurative language, which combine to help create meaning.

DOUBLE ENTENDRE: A phrase that can be interpreted in two different ways.

DRAFT: A completed version of a writing which may be rewritten, revised, or polished

## APPENDIX 3:1 (CONT'D)

FIGURES OF SPEECH: Ways of using language that deviate from the literal meanings of words in order to suggest additional meanings or effects.

HYPERBOLE: Deliberate exaggeration. Short form is "hype".

EDIT: To review a piece of writing to correct grammatical, spelling, or factual errors. Editing often includes shortening or lengthening of a piece of writing to fit an available space before publication.

IMAGERY: Collection of images in a literary work, used to evoke atmosphere or mood.

IRONY: When a person, situation, statement, or circumstance is not what it seems to be, but the exact opposite.

JARGON: Mode of speech familiar only to a group or profession. For example – medical jargon or technical jargon.

METAPHOR: A figure of speech that makes a comparison between two unlike things, without using the word like or as. For example – Life is a brief candle. (Macbeth)

MOTIF: A recurring object, concept, or structure in a work of literature. A motif may also be two contrasting elements in a work, such as good and evil.

MYTH: A story that attempts to explain events in nature by referring to supernatural causes, like gods and deities. Usually passed on from generation to generation.

NARRATIVE: A collection of events that tells a story, which may be true or not, placed in a particular order.

ONOMATOPOEIA: The use of words that resemble the sound they denote. For example – hiss or buzz.

POINT OF VIEW: The angle from which the writer writes a piece, particularly in fiction.

PUN: A play on words that relies on a word's having more than one meaning or sounding like another word.

ROUGH DRAFT: The first organized version of a document or other work.

SIMILE: Comparing two different things using the words 'like' or 'as'. For example – The water was cold as ice.

STYLE: The manner of expression of a particular writer, produced by choice of words, grammatical structures, use of literary devices, and all the possible parts of language use.

THEME: The central meaning or dominant idea in a literary work. It is the unifying point around which the plot, characters, setting, point of view, symbols, and other elements of a work are organized.

TONE: The author's implicit attitude toward the reader or the people, places, and events in a work as revealed by the elements of the author's style.

SYMBOL: A word that on the surface is its literal self but which also has another meaning or even several meanings.

SUBPLOT: The secondary action of a story, complete and interesting in its own right, that reinforces or contrasts with the main plot.

WRITER'S BLOCK: The inability to write for some period of time. It can be the inability to come up with good ideas to start a story, or extreme dissatisfaction with all efforts to write.

FINAL DRAFT: is screenwriting software for writing and formatting a screenplay to meet the screenplay submission standards set by theater, television and film industries.

CELTX: is free media pre-production software designed for creating and organizing media projects like screenplays, films, videos, stageplays, audio plays, documentaries, machinima, comics, games and podcasts.

VOICE OVER: This abbreviation often appears beside a CHARACTER'S name before their dialogue. This means the character voices that dialogue but his or her moving lips are not present in the scene. Voice-over is generally used for narration, such as in the beginning of The Mummy

37

**APPENDIX 3:2**

**Genres of Film:**

**Action film** is a film genre where one or more heroes is thrust into a series of challenges that require physical feats, extended fights and frenetic chases.

**Adventure films** are a genre of film.[1] Unlike pure, low-budget action films they often use their action scenes preferably to display and explore exotic locations in an energetic way.[2]

**Anime** is the Japanese abbreviated pronunciation of "animation". The definition sometimes changes depending on the context.[1] In English-speaking countries, the term most commonly refers to Japanese animated cartoons.[2]

**An art film** (also known as art movie, specialty film, art house film, or in the collective sense as art cinema) is the result of filmmaking which is typically a serious, independent film aimed at a niche market rather than a mass market audience.

**The "buddy cop"** is a subgenre of buddy films and crime films with plots involving two men of very different and conflicting personalities who are forced to work together to solve a crime and/or defeat criminals, sometimes learning from each other in the process.

**Comedy film** is a genre of film in which the main emphasis is on humour. They are designed to elicit laughter from the audience.

**Coming-of-age film** is a film genre which focuses on the psychological and moral growth of the protagonist from youth to adulthood. Personal growth and change is an important characteristic of this genre, which relies on dialogue and emotional responses, rather than action.

**Crime Film:** Films dealing with crime and its detection are often based on plays rather than novels

**A disaster film** is a film genre that has an impending or ongoing disaster (such as a damaged airliner, fire, shipwreck, an asteroid collision or natural calamities) as its subject.

**Documentary films** constitute a broad category of nonfictional motion pictures intended to document some aspect of reality, primarily for the purposes of instruction or maintaining a historical record.

**Docufiction** (or docu-fiction, often confused with docudrama) is a neologism which refers to the cinematographic combination of documentary and fiction.

**A family film** is a film genre that is designed to appeal to a variety of age groups and, thus, families.

**Fantasy films** are films with fantastic themes, usually involving magic, supernatural events, make-believe creatures, or exotic fantasy worlds.

**Film noir** is a cinematic term used primarily to describe stylish Hollywood crime dramas, particularly those that emphasize cynical attitudes and sexual motivations. Hollywood

**A heist film** is a film that has an intricate plot woven around a group of people trying to steal something.

**Mob films**[1] are a subgenre of crime films dealing with organized crime, often the Mafia. Especially in early mob films, there is some overlap with film noir.

**A mockumentary** (a portmanteau of the words mock and documentary), is a type of film or television show in which fictitious events are presented in documentary format.

**Monster movie** (also can be referred to as a creature feature or giant monster film) is a name commonly given to movies, which centre on the struggle between human beings and one or more monsters.

**Mystery film** is a sub-genre of the more general category of crime film and at times the thriller genre.

**A parody film** is a comedy that satirizes other film genres or films.

**A road movie** is a film genre in which the main character or characters leave home to travel from place to place. They usually leave home to escape their current lives

**Romance films** are love stories that focus on passion, emotion, and the affectionate involvement of the main characters and the journey that their love takes through courtship or marriage.

**Romantic comedy films** are films with light-hearted, humorous plotlines, centered on romantic ideals such as that true love is able to surmount most obstacles

**Satire** is primarily a literary genre or form, although in practice it can also be found in the graphic and performing arts. In satire, vices, follies, abuses, and shortcomings are held up to ridicule, ideally with the intent of shaming individuals, and society itself, into improvement.

**Science fiction film** is a film genre that uses science fiction: speculative, science-based depictions of phenomena that are not necessarily accepted by mainstream science, such as extraterrestrial life forms, alien worlds, extrasensory perception, and time travel, often along with futuristic elements such as spacecraft, robots, or other technologies.

**The screwball comedy** is a principally American genre of comedy film that became popular during the Great Depression, originating in the early 1930s and thriving until the early 1940s.

**Slapstick films** are a type of comedy film that employ slapstick comedy with five main conventions:
Pain without real consequence.
Editing to turn a situation more unrealistic.
Impossible situations.
Zooms to confuse the audience.
Off screen use of sounds for impossible stunts and tension for audience.

**A slasher film** is a type of horror film typically involving a psychopathic killer stalking and killing a sequence of victims in a graphically violent manner, often with a cutting tool such as a knife or axe.

**Spaghetti Western**, also known as Italo-Western, is a nickname for a broad sub-genre of Western films that emerged in the mid-1960s in the wake of Sergio Leone's unique and much copied film-making style and international box-office success, so named by American critics because most were produced and directed by Italians.

**Space Western** is a subgenre of science fiction, primarily grounded in film and television programming, that transposes themes of American Western books and film to a backdrop of futuristic space frontiers; it is the complement of the science fiction Western, which transposes science fiction themes onto an American Western setting.

**The spy film genre** deals with the subject of fictional espionage, either in a realistic way (such as the adaptations of John Le Carré) or as a basis for fantasy (such as James Bond). Many novels in the spy fiction genre have been adapted as films, including works by John Buchan, John Le Carré, Ian Fleming and Len Deighton.

**A superhero film**, superhero movie, or superhero motion picture is: action, fantasy and science fiction film; that is focused on the actions of one or more superheroes, individuals who usually possess superhuman abilities relative to a normal person and are dedicated to protecting the public.

**Supernatural drama** is a subgenre of fantasy combining elements of supernatural fiction and the drama genre.

**Thrillers** are a genre of literature, film, and television programming that uses suspense, tension, and excitement as the main elements.

**A travel documentary** is a documentary film or television program that describes travel in general or tourist attractions in a non-commercial way.

**War films** are a film genre concerned with warfare, usually about naval, air or land battles, sometimes focusing instead on prisoners of war, covert operations, military training or other related subjects.

**The Western** is a genre of various visual arts, such as film, television, radio, literature, painting and others. Westerns are devoted to telling stories set primarily in the latter half of the 19th century in the American Old West, hence the name.

**Zombie** (Haitian Creole: zonbi; North Mbundu: nzumbe) is a term used to denote an animated corpse brought back to life by mystical means such as witchcraft.

**The zombie comedy**,[1] often called zom com or zomedy,[2][3] is a film genre that aims to blend zombie horror motifs with slapstick comedy as well as dark comedy

39

APPENDIX 3:3

WRITING PROMPTS/EXERCISES:

Websites for Prompts:

- http://creativewritingprompts.com/
- http://www.writersdigest.com/prompts
- http://jc-schools.net/write/create.htm
- http://www.WritingPhrases.com/

Prompts Expanded:

The following are warm-up prompts, which will allow clients to begin to think creatively. Clients who may not read or write may be assisted with a visual story telling approach, or through drawing in a storyboard fashion. The included prompts also aide clients in expressing themselves and making connections to others.

*"If I were a superhero, I would be..."*

*"Think about a time you thought, It's not fair. Write to tell the reader about something that happened to you that was not fair."*

*"Pretend your favorite book character or comic book character came to life for a day. Write a story for your classmates about the character that came to life for a day."*

*"What would happen if there were no television?"*

The following are more involved prompts aimed at developing stories for use as the film script or for in class projects:

Characters/Phrases

Characters: have clients invent characters through movement activity. Each client, or group, picks one or two to create a scene

Phrases: using a word association activity, create 10-15 unusual phrases- Clients choose a few to weave into their scene. Encourage rich adjectives and descriptors.

5 W's

Clients draw from pre written cards in 5 categories; Who, What When Where and Why, then use each word or phrase from each category to create a story or scene.

Beginning, Middle and End

Clients draw from pre written cards containing phrases that are either a beginning, middle or end of the story, then they have to complete the story.

The Prompt Prompt

Clients are given seven or more categories. They can be anything, the following is merely a guideline. All the responses are mixed into hats and then drawn, either individually or as a group, and then a scene is created using all elements.

Example categories:

A song lyric
An alliterative phrase ( a good way to introduce alliteration)
A nonsense phrase- using an adjective and noun (ex: the hyper chicken car)
A time (can be small (2:19 on Tuesday) or large (The civil war))
Something in your kitchen
An excuse
Your favorite _____

40

**APPENDIX 3:4**

**SCRIPT WRITING TERMS**

ACTION:  The scene description, character movement, and sounds as described in a screenplay.

CLOSE ON is a shot description that strongly suggests a close-up on some object, action, or person (an expressive body part such as the face, or a fist).

CROSSFADE:  This is like a "Fade to black then Fade to next scene." In other words, as one scene fades out, a moment of black interrupts before the next scene fades in. It is not to be confused with DISSOLVE, since CROSSFADE always involves a black or blank screen.

CUT TO:  The most simple and common transition. Since this transition is implied by a change of scene, it may be used sparingly to help intensify character changes and emotional shifts. The transition describes a change of scene over the course of one frame.

DISSOLVE TO:  A common transition. As one scene fades out, the next scene fades into place. This type of transition is generally used to convey some passage of time and is very commonly used in montages such as seen in Bugsy.

SMASH CUT TO:  An especially sharp transition. This style of cut is usually used to convey destruction or quick emotional changes. For example: If you were writing a horror movie but wanted to lighten the gore at the beginning, you might have:

MATCH CUT TO:  A transition often used to compare two completely unrelated objects. It's film's version of metaphor. This involves cutting from one object of certain color, shape, and/or movement, to another object of similar color, shape, and/or movement. For example, a circular saw to a child's merry-go-round.

ESTABLISHING SHOT   A shot, usually from a distance, that shows us where we are. A shot that suggests location. Often used at the beginning of a film to suggest where the story takes place.

 EXT.   Exterior. This takes place out of doors. This is mostly for producers to figure out the probable cost of a film project.

EXTREMELY LONG SHOT (XLS):  Means the camera is placed a very long distance from the subject or action. Generally, this term would be left out of a screenplay and left to the director to decide.

FAVOR ON   A particular character or action is highlighted or "favored" in a shot.

The FLASH CUT:  An extremely brief shot, sometimes as short as one frame, which is nearly subliminal in effect.

FLASHBACK:  Sometimes used as a transition or at the start of slugline to denote a sequence that happened in the past.

FREEZE FRAME:  The picture stops moving, becoming a still photograph, and holds for a period of time.

INSERT:  When a writer pictures a certain close-up at a certain moment in the film, he or she may use an insert shot. This describes a shot of some important detail in a scene that must be given the camera's full attention for a moment. Inserts are mainly used in reference to objects, a clock, or actions, putting a key in a car's ignition.

INTERCUT: as a transition or INTERCUT BETWEEN. At this point, two scenes will be shown a few moments each, back and forth. For example, if Laura is stuck in her flaming house and the fire department in on the way, a screenplay may call for intercutting between the flames closing in on Laura and the fire fighters riding across town to save her.

MONTAGE   From the French term "to assemble". In film, a series of images showing a theme, a contradiction, or the passage of time. This film style became common in Russia in the early years of cinema. Russians were the first to truly use editing to tell a story.

PARENTHETICAL: If an actor should deliver his or her lines in a particular way, a screenplay will contain a description in parentheses to illustrate the point. Parentheticals should be used only in cases where a line of dialogue should be read in some way contrary to logic. If used too often, actor's and director's egos get hurt, and things get messy. It should not be used for action decription.

POINT OF VIEW(POV):The camera replaces the eyes (sometimes the ears) of a character, monster, machine, surveillance camera, etc. As a result, we get to see the world through the sensory devices of some creature.

PULL BACK:  The camera physically moves away from a subject, usually through a zoom or dolly action.

PULL FOCUS:  The camera focus changes from one object or subject to another.

REVERSE ANGLE: Often used to reveal things for comic or dramatic effect. Could be described as a counter POV shot. Basically, the script suggests the camera come around 180 degrees to get a shot from the "other side" of a scene.

SPLIT SCREEN SHOT:  The space of the frame is split into two, three, or more frames each with their own subject. Usually the events shown in each section of the split screen are simultaneous. But Split screen can also be used to show flashbacks or other events.

STOCK SHOT:  Footage of events in history, from other films, etc. Basically, anything that's already filmed and you intend to be edited into the movie.

SUPER:  Abbreviation for superimpose. The superimposition of one thing over another in the same shot.

TIGHT ON   A close-up of a person or thing used for dramatic effect. A tight frame encloses a subject with very little space surrounding it. Not in common use. Use only when necessary.

TIME CUT: When you want to cut to later in a scene, you have the option of writing TIME CUT as the transition. For example, if two people walk into a restaurant and their conversation is important at first then veers off into topics not important to your story, then you might want to time cut from the drinks to the main course and then again to paying the check.

TRACKING SHOT involves a camera following a person or an object. As long as the camera isn't locked down in place by a tripod, for example, and is following (tracking) a subject, then it's a tracking shot.

WIPE TO: A transition in which one scene "wipes away" for the next. Imagine Scene A is water and Scene B is the substance underneath

42

**APPENDIX 4:1**

ACTING TERMS

ACTION: The events of the film as expressed in movement and dialogue

BEING "IN THE MOMENT": in acting, finding the truth of your character and truly encompassing the traits and characteristics of that character
Blocking: the physical arrangement of actors at any given moment

CHARACTER: the representation of a person in a narrative work of art (such as a novel, play, or film

CHEAT THE LOOK  : turning the body out so the camera can see the actor. The actor may not perform the scene looking directly at his or her scene partner, but in the camera it will seem as though they are.

CHEKOV TECHNIQUE: a physical and imagination-based system of actor training, incorporating the use of the "Psychological Gesture. In this technique, the actor physicalizes a character's need or internal dynamic in the form of an external gesture. The outward gesture is suppressed and incorporated internally, allowing the physical memory to inform the performance on an unconscious level.

IMPROVISATION: inventing business or lines on the spur of the moment.

IN THE BODY: connecting your action into your physical self, not only acting with your words but with your entire body.

THE METHOD:  a family of techniques used by actors to create in them selves the thoughts and emotions of their characters, so as to develop lifelike performances. The "method" in Method acting usually refers to the practice, pioneered by Constantin Stanislavski and advocated by Lee Strasberg, by which actors draw upon their own emotions and memories in their portrayals, aided by a set of exercises and practices including sense memory and affective memory.

MOTIVATION: The sum total of forces or reasons behind a speech or action.

OFF BOOK: rehearsing without a script after lines are memorized.

PRESENCE: being alive on set; fully connected to the character and the world of the film.

RELATIONSHIP: the connection between one actor and another,  for example mother/daughter, cop/robber, doctor/patient and how it grows and changes throughout the script.

SCENE PARTNER: the actor or actors in the scene with you.

STATUS: the honor or prestige attached to one's position in society (one's social position). It may also refer to a rank or position that one holds in a group, for example son or daughter, playmate, pupil, etc.

STEREOTYPE OR STOCK CHARACTER: clichéd or predictable characters or situations, a fictional character based on a common literary or social stereotype. Stock characters rely heavily on cultural *types* or *names* for their personality, manner of speech, and other characteristics.

SUBTEXT: The inner content or meaning beneath the lines; the intention which makes the character say the words or act in a particular way.

USING THE SPACE- taking advantage of the set and utilizing all areas of it, not restricting oneself to one chair or section.

**APPENDIX 4:2**

SAMPLE LESSON PLAN

"SUBTEXT"

OBJECTIVES/GOALS

- To improve understanding of social clues through exploration of subtext.
- To work creatively in groups to create scenes using subtext.
- To add depth to characters through subtext.

1. WARM-UP: "YES"

Clients walk around the room and shake hands with each other while making eye contact and saying "yes". The idea is to say "yes" and mean "yes. After each person has shared a greeting, clients come into a circle to discuss. Prompts are given as to how each client feels after the exercise.

Next, clients walk around greeting each other and saying "yes", but this time they say yes and mean "no". Clients may question how to do this. Do not give too much information at this point. Merely reiterate that they should try to shake hands, make eye contact and say yes and mean no. After reentering the circle, discuss which time felt better and in which it was easier to make eye contact.

2. DISCUSSION

The facilitator leads a discussion on the definition of subtext with examples of times in our lives where we may say one thing and mean another. What are the benefits of using subtext as an actor? In life, when can subtext cause problems? When reading a script, how will an understanding of subtext help us develop our characters?

3. ACTIVITY: One Word Many Ways

In this activity, clients go around the circle using one word, and discovering how many ways there are to say one word. A good word to use is "sorry". After each person says the word, clients can discuss what meaning they interpret from the person's performance. Common examples are sarcastic, like they didn't care, angry, funny, etc.

4. GROUP ACTIVITY

After discussing how there are as many ways to express a word, as there are people, have clients break into groups of three or four. Each group s given a word and must create 2 or 3 scenes (depending on time) using different subtext with the word. It is important to provide instruction that the scene should include more that a two-line exchange using the word. Clients should be encouraged to create a beginning, middle and end to their scene.

Example Words: Please, Why, You're Welcome, I guess, Okay

Clients perform the scenes for the other groups, and discuss how each word was used.

5. APPLICATION TO SCRIPT

If the script is finished, clients may look through the script for examples of moments where subtext can be important, either with their own character, or in general. If time permits, clients may run the scene a few different ways to test out various subtexts.

6. WRAP-UP

The class ends with a good-bye circle, where each client must say good-bye to the group using a different subtext of good-bye.

**APPENDIX 4:3**

**SKILL BUILDING EXERCISES**

**WARM-UP GAMES**

      Night Watchman- Movement, Awareness
      Bobbity Bop Bop Bop- Focus, Thinking on Feet, Listening
      Yes- Focus, Concentration, Listening
      Zip Zap Zop- Focus, Concentration, Patterns
      Cross the Circle- Ice Breaker, Common Traits, Connections

**TEAM BUILDING GAMES**

Frozen Tableaux- a theatrical technique in which groups create frozen images with their bodies to reflect and idea or tell a story. Examples:

1. Create Objects with different numbers of people, after each object is created and showcased, clients walk around room and join another group of another number. This encourages working with different people. (Washing Machine, Vaccuum Cleaner, Car, Plane, Day at the Beach where people are objects, etc) Objective: Ice breaker, Creativity, Teamwork
2. Nursery Rhyme: Demonstrate a popular story or nursery rhyme in three images, beginning, middle and end. Objective: Clarity of story, teamwork, understanding story structure.
3. Tableaux of Ideas- this is more advanced, and allows clients to explore creating something concrete out of the abstract, there is no right or wrong. Clients work in twos or threes to create love, respect, jealousy, purple, any emotion or idea and try to capture it in a frozen image. Objective: teamwork, problem solving, expression.

Creating Scenes with Props- A group of four or five are given an abstract prop and create a scene using that prop as all objects in the scene or as a central focal object. Objective: Teamwork, creativity, imagination.

Play Dough Set Building- This activity can be an art project or in the core class. Clients create a set using clay. They must work together to determine all the elements of the location and present their set to the other groups. Objective: This activity incorporates teamwork, as well as introduces set terms and allows clients to use individual strengths to create one project. Someone may be better at overseeing the project, and another may be better at executing the ideas with the clay. It is important to facilitate the activity to allow each client a role.

**INDIVIDUAL ACTIVITIES**

Note: Classes should always begin with low focus activities to foster comfort and allow shyer individuals to relax and not feel as though all eyes are on them. The following activities should happen only after a level of comfort with the group s achieved. If a client does not wish to participate, the facilitator may encourage them, but should never push them past their comfort zone. Maybe they could do the activity with a partner or facilitator; or they can observe and be encouraged to give feedback.

**Pantomime:** There are many activities involving pantomime. Pantomiming allows clients to use their imaginations as well as an alternative means of communication from verbal. Emphasis is placed on special awareness, once a place is established, clients have to be careful not to walk through a table; also emphasizing holding a cup rather than making the hand the cup. Examples:

1. Pantomime an activity- i.e making a bed, packing a suitcase, cleaning the living room, making a sandwich
2. Pantomime a place- clients work to establish a place (a doctors office, a train station, a school room, etc.), by emphasizing one specific part of the place, and once other client's think they have an idea where the person is, they join in with a related activity.

**Character:** Character building is helpful for both the actor and the individual. Exploring characters allows for understanding of others, including physical traits and emotions outside of their own. When an individual steps into another character, they gain understanding of other perspectives.

1. Walking through a door: Clients begin with a discussion of stock characters, making a list on a board or paper. Clients then choose a character without revealing it to the others, and cross behind a door (can be any form of blockade between the audience) and enter as the character. They may speak and move around and must remain in character until they go back behind the door and reenter as themselves. Others attempt to guess who they were. It is important to discuss how stock characters are important in film, but that in life stereotypes can be dangerous.
2. Stock Character Scenes: A continuation of walking through the door, two actors pick a character to play and enact scenes based off prompts. Actors may enact the same scene with different characters to explore different approaches to a similar situation.

*THERE ARE MANY MORE ACTIVITIES AND MANY GREAT RESOURCES FOR CREATING LESSON PLANS, SEE ACTING SECTION FOR MORE.*

**APPENDIX 5:1**

<u>EDITING TERMS</u>:

DIGITIZING: The transfer of the raw footage to the computer

RAW FOOTAGE: Unedited Footage

TRANSITION: An effect that shows the passage of time, such as a dissolve or fade in/out, or to cut to the next scene

SPECIAL EFFECT: An effect that enhances the footage in a distinctive way, such as Black & White, Sepia, Invert, Old Movie,

LOGGING: The labeling of each shot or tape to identify it's content

JUMP-CUT: An editorial device where the action is noticeably advanced in time, either accidentally or for the purpose of creating an effect on the viewer

EXPORTING: The process of moving media out of one program or system to be used in another. For example exporting video footage that has been digitally edited to a DVD authoring program.

MONTAGE: the technique of combining in a single composition pictorial or video elements from various sources, as parts of different photographs or fragments of printing, either to give the illusion that the elements belonged together originally or to allow each element to retain its separate identity as a means of adding interest or meaning to the composition.

OVERLAY: Keyed insertion of one image into another. Overlay is used for example, to superimpose computer-generated text on a video image, for titling purposes.

ROUGH CUT: A preliminary trial stage in the process of editing a film. Shots are laid out in approximate relationship to an end product without detailed attention to the individual cutting points or detailed editing.

SAFE TITLE AREA: Generally, the center 80% of the entire video image area or that area which will display legible titles regardless of how a TV or monitor is adjusted.

SPLIT SCREEN: An electronic process that allows the viewing of two video images, side by side or above and below, on-screen simultaneously.

SUPERIMPOSE: To place in front of video, e.g., placing text over a video signal or another image.

APPENDIX 5:2

**Post Production/Editing Lesson Plan**

**1. Introduction to Post Production**

**Objective:** Students will be able to name reasons for editing, and will create a one minute in camera scene in groups.

**The Goals of Editing**

- Removing unwanted footage
- Choosing the best footage
- Creating a flow
- Adding effects, graphics, music, etc
- Altering the style, pace or mood of the video
- Giving the video a particular "angle"

**History of Editing**
➤Moviola, Flatbed Machine, VCR to VCR, Dubbing, In Camera Editing

**Examples of Editing**

| | |
|---|---|
| Elvis Scene from "Man on the Moon" | Scene from November Touch |
| Opening of "Amelie" | Mail's Here |
| Opening of Pirates of the Caribbean | The Flower Garden |
| Frankenstein 1910 | Scene from "Gangs of New York" |
| Scene from Frankenstein 1931 | |

**"In Camera" Editing**

| | |
|---|---|
| No Computer Necessary | Dubbing a voice over in camera |
| No "action", no "cut" | Transitions |
| Chronological order | |

**2. Introduction to Final Cut Pro**

**Objective:** Students will be able to locate the features of Final Cut Pro included in the lesson on the computer.

- The Layout
- Locating each feature
- Digitizing, Logging
- Scratch Disks
- In and Out points
- Time Management
- Maintaining the Computer

Other Topics in Editing:

- PROMOTIONAL VIDEOS, COMMERCIALS, INSTRUCTIONAL VIDEOS, EPK

- STYLE & PACING

- MUSIC, SOUND FX, VOICE OVERS

- MAINTAINING THE HARDWARE

- INTRODUCTION TO HARDWARE ACCESSORIES

- DUPLICATION & DUBBING

**APPENDIX 6:1**

ART TERMS

STORYBOARD- a visual representation of the scenes in a film, demonstrated similarly to a comic book, to allow the departments to see each shot and how they fit together.

BACKDROP- A large piece of scenery that marks the location

PROPS- items used by actors in the film.

SET PIECES- Items on the set that do not move during the shot.

COLOR WHEEL- a circle which shows the range of colors and how they relate to each other.

COSTUME DESIGN:  the fabrication of apparel for the overall appearance of a character or performer.

PROSTHETIC MAKEUP (also called FX prosthesis) is the process of using prosthetic sculpting, molding and casting techniques to create advanced cosmetic effects.

BLENDING: mixing

HIGHLIGHT- An area lighter than those around it.

SHADOW: An area darker than those around it.

MAKE-UP: In the performing arts, theatrical makeup is used to assist in creating the appearance of the characters that actors portray.

BOBBIN: a spindle or cylinder, with or without flanges, on which wire, yarn, thread or film is wound

HUE:   The property of colors by which they can be perceived as ranging from red through yellow, green, and blue, as determined by the dominant wavelength of the light.

TEXTURE 1. the surface of a material, esp as perceived by the sense of touch a wall with a rough texture 2. (Clothing, Personal Arts & Crafts / Textiles) the structure, appearance, and feel of a woven fabric

TONE: the quality of a given colour, as modified by mixture with white or black; shade

"READS"- Can you see it on camera? The ability of an element to look good on camera

PATTERN: a series of shapes and designs to provide an additional emotion to the outfit or character

PERIOD PIECE:  clothing of a specific time

COSTUME: A style of dress, including garments, accessories, and hairstyle, especially as characteristic of a particular country, period, or people.

**APPENDIX 6:2**

<u>MEASUREMENT CHART</u>

APPENDIX 6:3

STORYBOARD SHEET

**APPENDIX 6:4**

MAKEUP DESIGN TEMPLATE



**APPENDIX 7:1**

DAILY FACING PAGE

| Scene | Take | Print | Time | Cam # | Snd # | Lens | Comments | Action | script pg # 18 |
|-------|------|-------|------|-------|-------|------|----------|--------|-----------------|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

APPENDIX 7:2

**EDITOR'S DAILY LOG**

**Editor's Daily Log     (from Script Supervisor)**

_____     Date: _____          Day: _____

        Director: _____          Camera: _____

_____     Lunch _____     1st shot: _____

_____     Wrap: _____

| Time | Cam | Snd | Lens | Comments | Action |
|------|-----|-----|------|----------|--------|
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |
|      |     |     |      |          |        |

**APPENDIX 7:3**

STORY DAY BREAKDOWN FOR SCRIPT SUPERVISOR

| Sc | Day | Int/Ext | Location | D/N | Pg ct | Action |
|----|-----|---------|----------|-----|-------|--------|
| 1 | 1 | Int | Office | D | 1 7/8 | We are in an office area that is decorated for Christmas and Helen is called into Conrad's office. Once there and although she has been a good worker for 6 years Conrad has to lay her off during the holiday season. |
| 2 | 1 | Int | Car | D | 2/8 | Helen is in her car waiting at a red light crying when she looks ovr to see a vagrant who looks like Santa. Helen doesn't see the light has turned green and cars behind her beep at her to move |
| 3 | 1 | Ext | Intersection | D | 1/8 | Helen will drive thru the intersection |
| 4 | 1 | Ext | School Parking Lot | D | 1/8 | As kids are leaving the elementary school we see Helen's car exit the parking lot |
| 5 | 1 | Int | Car | D | 3/8 | In the car with Helen are 2 of her kids Nick and Sara. While Sara sits quite in the car Nick is asking her mom whats wrong. Helen looks out the window |
| 6 | 1 | Ext | Intersection | D | 1/8 | Helen sees the vagrant from earlier along with a doomsday speaker and another vagrant. The 2nd vagrant tries to steal the money from speakers bucket and the speaker hits him over the head with bottle |
| 7 | 1 | Int | Car | D | 1/8 | Helen Nick and Sara are in the car as they hear and react to the tire blow and car shake |
| 8 | 1 | Ext | Calm Side Street | D | 1 5/8 | Helen Nick and Sara are looking at the flat tire and Helen wonders what else could happen when the vagrant (who looks like Santa) comes up and offers help. A cop drives up and tells the vagrant that its his job to offer help and he should leave |
| 9 | 1 | Int | House | D | 6/8 | Nick enters the house first and yells out that his mom got canned. Elizabeth the oldest daughter hears this and comes into the room yells at her mom that she has destroyed her happiness showing the long christmas list she had. As she throws the list at her mom Sara slips into her room |
| 10 | 1 | Int | Bedroom | D | 1/8 | Sara is in her bedroom and opens the box she is holding. She looks at the photo in the box from last year's christmas |
| 11 | FB-1 | Int | House | N | 1/8 | In a flashback from last Christmas we see from the photo Helen and her husband dancing to a slow Christmas song The sound of a door slam ends the flashback |
| 12 | 1 | Int | Bedroom | D | 3/8 | We see Elizabeth now in the bedroom with Sara and she can't believe her mom lost her job. Elizabeth wants Sara to talk to her mom but since her dad has been gone Sara has not spoken. |
| | | | **Christmas Eve** | | | |
| 13 | 2 | Ext | Woolworth's Store Entrance | D | 4/8 | Helen is outside the store with Nick Sara and Elizabeth and Helen gives them each a dollar. While Nick and Elizabeth go into the store Sara gives her dollar to the vagrant sittling outside the store |
| 14 | 2 | Int | House | N (Dusk) | 6/8 | Back home as Helen is cooking the dinner Nick Elizabeth and Sara let each other know what they got for a dollar. When asked Sara lets them know she got nothing. A knock at the door is heard and Elizabeth goes to the door |
| 15 | 2 | Int | House - Entryway | N (Dusk) | 2/8 | Elizabeth walks to the door and opens it |
| 16 | 2 | Ext | House - Entryway - Continuous | N (Dusk) | 1/8 | The door opens to reveal Christoph the vagrant from Woolworths standing there |
| 17 | 2 | Int | House - Entryway - Continuous | N (Dusk) | 2 6/8 | Elizabeth closes the door on Christoph as Helen comes in and asks why she slamed the door on the person, and says you can't treat people like that. Helen opens the door and Christoph wants to give Sara back her dollar. Helen invites him to dinner. Both Elizabeth and Nick don't want him inside but Sara speaks and says its Christmas. Helen reopens the door and invites Christoph to dinner |
| 18 | 2 | Int | Kitchen | N | 1 6/8 | As they are about to eat Helen asks Nick to say the prayer and he asks to bring his dad home who has been MIA for two months. Helen wants to hear about his stories of his travels but its getting late and Christoph wants to leave. Helen asks him to stay the night |
| 19 | 2 | Ext | House | N | 2/8 | An Ext shot of the house |
| | | | **Christmas Day** | | | |
| 20 | 3 | Int | Bedroom | D | 2/8 | Sara gets out of her bed as jingle bells are heard from the roof and fade away. Sara exits the room to go to the living room. Elizabeth in the other bed in the room wakes up and follows Sara out of the room |
| 21 | 3 | Int | Living Room | D | 1 2/8 | Sara and Elizabeth enter the living room and look to see a decorated room with christmas tree and presents. The dining table has food for a dinner. Nick and Helen enter and look at the room. Nick opens present a bb gun. While Elizabeth gets earings with lump of coal. Sara goes to check on Christoph |
| 22 | 3 | Int | Christoph's Room | D | 3/8 | When Sara goes into Christoph's room as she finds is a note from santa claus. A door bell is heard |
| 23 | 3 | Int | Living Room | D | 4/8 | Helen opens the door and sees her husband standing there. First Helen goes to hug him followed by Nick and Elizabeth. When Sara enters she goes to hug him also |
| 24 | 3 | Ext | House - Continuous | D | 2/8 | We see the vagrant outside the house as he gives a smile and is taken up with a swirl of snow into the air. |

15

APPENDIX 7:4

<u>SHOT LIST</u>

**Program:**                                    **Camera Person:**
**Director:**                                    **Location:**
**Date:**

| S.B.Shot # | Angle | Movement | Notes |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |

APPENDIX 7:5

<u>CALL SHEET</u>

**APPENDIX 7:6**
SAMPLE PETTY CASH FORM

|  | Date | | | | |
|---|---|---|---|---|---|
| Position: | | | From: | Check/Cash | |
| Picture: | Workshop | | Received By: | Received | |

| | Date | To Whom Paid | Purpose | Acctg.Use Only | Amount |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |

| UPM: | | Total Receipts | $0.00 |
|---|---|---|---|
| Aduit | | Petty Cash Advanced | $0.00 |
| Show #: | | Check/Cash Enclosed | $0.00 |
| | | Check/Cash Due | $0.00 |

Trans #
Vendor #                      Prod'n:
Voucher #                     Dept: Production

APPENDIX 7:7

INVENTORY SHEET

| ITEM | SIZE | COLOR | NUMBER | NOTES |
|------|------|-------|--------|-------|
| example: | | | | |
| Stinger | 25ft | orange | 6 | one is missing third prong on plug |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



# Inclusion Films

## A PRACTICAL FILM VOCATIONAL PROGRAM
*FOR PEOPLE WITH DEVELOPMENTAL DISABILITIES*
*(Program Service Design)*
*October 7, 2006*

*Inclusion Films 831 South Main St., Burbank, CA 91506 (818) 757-1206 www.joeytee.com*

## Mission Statement

The Mission of Inclusion Films' Practical Film Vocational Program is to provide the consumer the entry level skills necessary to work in the production field of the entertainment industry. This program will help enable developmentally disabled individuals to fully participate in all aspects of community living and the work force.

## Entrance Criteria

- Ambulatory, developmentally disabled adults, 18 and over.
- Program must meet the needs of the consumer.
- Participation in the program by the consumer does not pose a threat to the individual or another consumers enrolled in the program.
- Appropriate funding must be secured, either by the regional center or by private payment.
- To be eligible for the program, the disability must be one which is applicable for Regional Center assistance.
- Demonstrates social/interpersonal and communication skills necessary for vocational or work related training in the entertainment industry.
- Demonstrates willingness to fully participate for the duration of the program.

## Referral Process

The consumer's diagnosis should be made by a psychiatrist, licensed clinical or educational psychologist, neurologist, developmental or behavioral pediatrician, or a combination of such professionals. Because the provision of reasonable accommodations is based upon the current impact of the disability on the consumer's functioning, in most cases Inclusion Films personnel will request this evaluation to have been performed either within the past three calendar years or during adulthood (after eighteen years of age). All documentation will be reviewed on an individual basis. Documentation should include:

1. A specific diagnosis, the date of diagnosis, and the specification of the diagnostic criteria on which the diagnosis is based (for example, DSM-IV)
2. Specific statements concerning the way(s) the consumer's diagnosed disability might have impacted performance in the past or might impact it in the future; and
3. *Recommendations* regarding reasonable accommodations to equalize this consumer's opportunities at the vocational level; and
4. All developmental, social, educational, psychological and psychiatric history including current/annual IPP and C.D.R.
5. Other information that is pertinent to the diagnosis such as:

   - Description of the functional limitations which meet the criteria for this diagnosis with the approximate date of onset; and

- List of the measures (informal and formal) that were used to assess the impact of the consumer's disorder; and
- An evaluation of the effectiveness of past and current medications prescribed for the consumer's symptoms associated with their diagnosis.
- Complete developmental, educational, medical, and family histories as they relate to the consumer's diagnosis.

After a preliminary screening, consumers will be invited to an initial interview. At the discretion of Inclusion Films, video conference interviews (in lieu of an in-person initial interview) may be offered. Consumers to be interviewed will be selected from applicants who must closely meet the minimum and desired qualifications to be successful in the program. Meeting the minimum qualifications does not guarantee an interview. (*Note: Inclusion Films does not provide travel reimbursement for those invited to initial interviews.*)

## Exit Criteria

Consumers are required to attend all program days for which they are enrolled with no more than 3 absences in a 30 day period. They must show up in a timely manner and provide us with 24 hour notice if they will be missing a day. If the consumer anticipates that they will be late, we require that they give us 2 hours notice if possible.

After the consumer misses 2 consecutive days a phone call will be generated by our staff to the consumer's service coordinator in order for them to follow up with the family. If the consumer continues to be absent a phone call will be generated by our staff to the consumer's service coordinator.

Consumers may be asked to leave the program at any time upon the discretion of the staff of Inclusion Films. In the event that the consumer's behavior inhibits the learning process for himself and/or other consumers enrolled in the program. A consumer will "graduate" from the program when they have demonstrated proficiency in the areas taught within the framework of the program.

## Participation Limits

There is a minimum number of (30) consumers for the six month program with a maximum of (40) for the program to run efficiently. There is no limit as to how many times someone can participate in a film-making project. However, the consumer selection process is at the discretion of the interview committee.

## Outcomes

The goal of the practical film vocational program is to develop an understanding of visual story telling and the collaborative nature of film making through the pre production, shooting and post-production of a Hollywood feature film. The outcomes will be dependant on the potential of each individual consumer. More specifically consumers will acquire and apply knowledge in the areas of: script development, directing, working with actors, all aspects of production, camera and lighting and post production.

Consumers should leave the program with:

- a foundation of up-to-date knowledge and practical skills that can be applied in feature filmmaking or assist in successful applications for further training
- Vastly improves chances of gaining entry level jobs into the industry and establishing a career
- a  DVD copy of the film
- creative collaborations for the future with other students

## Program Concept

Using both film and digital technology the consumer will learn the art of film-making by working on a professional feature length "Hollywood Movie" in both studio and location environments. While learning the disciplines of Directing, Producing, Cinematography and Art Direction, the consumer will also engage in the craft of editing and post production. After post-production on the film, the consumer will be taught the sales, marketing and film distribution aspects of the business. Combined with focus and determination, this program provides the consumer the entry level skills necessary to obtain work in the entertainment industry. By combining film history, theory and execution throughout the "studio that teaches" experience, our goal is to prepare the consumer to make entertaining, commercially viable and purposeful films.

**Weeks 1-4 (Term 1)**

There is no better way to acclimate right off, than being introduced to the multiple aspects of filmmaking. The consumer will spend the first four weeks in a classroom environment four hours a day learning the history, theory, terminology and job descriptions of the key people that work on a production. There will be two classes per day 9:00am-12:00pm and 1:00-4:00pm. Each class will have no more than 20 students with a maximum combined total of 40 students. The consumer will work alongside film professionals including: Producer, Unit Production Manager, Assistant Director, Craft Services, Production Design, Props, Makeup, Hair, Director of Photography, Special Effects, Electric, Gaffer, Grip, Costume, Sound, Lighting, Stunt Dept, Transportation, Writer, Editing, Scoring, Music, Color Timing, Trailer/Promo.

**Weeks 5-10 (Term 2)**

The next six weeks will have the consumer in pre-production of the film working alongside industry professionals. They will learn how to perform many of the duties associated with the positions, such as pre-production, organization, script breakdown, developing schedules and budgets, contracts, identifying production problems, production board layout, transportation, equipment rentals, lab costs, insurance, legal agreements, editing and post-production organization and development.

**Weeks 11-14 (Term 3)**

Production on the professional film begins and continues for the next four weeks. Consumers work alongside industry professionals in all aspects of film-making on the set. Students rotate tasks of Producer, Script Supervisor, Assistant Director, Director, Cinematographer, Camera Operator, Assistant Camera, Grip and Gaffer. As they switch roles in various crew positions, the consumers experience first hand the collaborative nature of the medium. In doing so, they gain practical team experience and learn how to work toward a common goal during the film-making process.

**Weeks 15-24 (Term 4)**

The consumers work alongside post-production crew and gain hands on experience in editing, sound mix, sound foley, sound negative cutting, color timing scoring and music. After post production consumers are taken through the marketing and promotions of the film. They create and edit trailers, voiceovers,

sales and distributions and deal making. They will also learn the organization of film and sound materials concentrating on the selection and arrangement of shots to create a coherent sequence that best serves the story and their vision.

## Cost

The cost per consumer for the entire six month program is $10,000. This is approximately $1,666.00 per month.

## Admission Process

After a preliminary screening, consumers will be invited to an initial interview. At the discretion of Inclusion Films, video conference interviews ( in lieu of an in-person initial interview) may be offered. Consumers to be interviewed will be selected from applicants who must closely meet the minimum and desired qualifications to be successful in the program. Meeting the minimum qualifications does not guarantee an interview. The consumer selection process is as the discretion of the interview committee.

Consumers selected for the Practical Film Vocational Program will informed of their admission to the program and will be given the start date for the project. The Regional Center Service Coordinator will be asked to process the funding request for the consumer to participate in the Practical Film Vocational Program*.

*Note : Inclusion Films does not provide travel reimbursement for those invited to initial interviews.*

## Absence Policy

Consumers are required to attend all program days for which they are enrolled with no more than 3 absences in a 30 day period. They must show up in a timely manner and provide us with 24 hour notice if they will be missing a day. If the consumer anticipates that they will be late, we require that they give us 2 hours notice if possible.

After the consumer misses 2 consecutive days a phone call will be generated by our staff to the consumer's service coordinator in order for them to follow up with the family. If the consumer continues to be absent a phone call will be generated by our staff to the consumer's service coordinator.